# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAQUAN P. JAMES,
    an individual,
          Plaintiff,

Case No. 2:23-cv-10321
Hon. Denise Page Hood

V

CITY OF DETROIT
a municipal corporation,

**EXHIBIT LIST**

BRITTANY MOSS,
City of Detroit Police Officer,
Individually, and in her Official Capacities, and

MARKALA MOORE,
City of Detroit Police Officer,
Individually, and in her Official Capacities, and

DEANDRE WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official Capacities, and

DAMARIO ELLIOTT-GLENN,
City of Detroit Police Officer,
Individually, and in his Official Capacities,

ALLEN WILLIAMS,
City of Detroit Police Sargeant,
Individually, and in his Official Capacities.
and

        Defendants.

---

# INDEX OF EXHIBITS TO PLAINTIFF
# DAQUAN P. JAMES COMPLAINT

**Exhibit**    **Description**

1. Defendant Damario Elliott-Glenn's Report

2. Charging Documents

3. Mr. Tony Towns' Affidavit

4. Court Documents

# EXHIBIT 1

Detroit Police Department                                    OCA: *2203210263*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *ACTIVE*          Case Mng Status: *NA*              Occurred: *03/21/2022*

Offense: *VIOLATION OF CONTROLED SUBSTANCE ACT - (VCSA)*

Investigator: *ELLIOTT-GLENN, DAMARIO D*       Date / Time: *03/22/2022 01:48:06, Tuesday*
Supervisor: *WILLIAMS, ALLEN R   (233419)*     Supervisor Review Date / Time: *03/22/2022 04:01:39, Tuesday*
Contact:                                       Reference: *Assisting Officer's Report*

---

Officer Williams attempted to secure the weapon when Mr. James clapped down with his right arm. At this time Officer Williams delivered a strike to the face with a closed fist while I delivered strikes to the head and body of Mr. James (strikes included a closed fist to the head and knee strikes to the body). Mr. James was next pulled out the bathroom and he got on the ground with his hands behind his back and he was handcuffed without further incident.

Investigator Signature                         Supervisor Signature

# EXHIBIT 2

| STATE OF MICHIGAN | | INFORMATION | CASE NO.: 2022705670 |
|---|---|---|---|
| 36TH DISTRICT COURT DETROIT | | | DISTRICT CASE NO.: |
| 3RD JUDICIAL CIRCUIT | | FELONY | CIRCUIT CASE NO.: |
| District Court ORI: MI820365J | | Circuit Court ORI: MI821095J | |
| 421 MADISON DETROIT, MI 48226 313-965-2400 | | 1441 ST. ANTOINE DETROIT, MICHIGAN 48226 313-224-2520 | |
| THE PEOPLE OF THE STATE OF MICHIGAN | | | Complaining Witness: INFO AND BELIEF |
| v | | | Victim or complainant |
| TONY LIONEL TOWNS 82-22705670-01 | | | OFC BRITTANY MOSS |
| DAQUAN PAUL JAMES 82-22705670-02 | | | |
| AKA: DAQUAN P JAMES | | | |
| Location | | | Date: |
| 18523 SCHOOLCRAFT ST (FARMBOYS SHOP), DETROIT | | | 03/21/2022 MS |
| County in Michigan | Defendant TCN | Defendant SID | Defendant DOB: |
| WAYNE | | | Put DOB in Ref. No. row 1 on MC 97 |
| Police agency report no. | Charge | | Maximum penalty |
| DPVI /2203210263 | See below | | See below |
| [ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | | DLN Type: | Defendant DLN Put DLN in Ref. No. row 3 on MC 97 |
| WITNESSES: See Witness List | | | |

**STATE OF MICHIGAN, COUNTY OF WAYNE.**
**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described above, the defendant:

**COUNT 1 DEFENDANT(S) (01):** CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE (COCAINE, HEROIN OR ANOTHER NARCOTIC) LESS THAN 50 GRAMS
did possess with intent to deliver less than 50 grams of a mixture containing the controlled substance oxycodone, a schedule II narcotic; contrary to MCL 333.7401(2)(a)(iv). [333.74012A4]
FELONY: 20 Years and/or $25,000.00. A consecutive sentence may be imposed for any other felony conviction.

**COUNT 2 DEFENDANT(S) (01):** WEAPONS - DANGEROUS WEAPON - MISCELLANEOUS
did possess a metallic knuckles; contrary to MCL. 750.224(1). [750.2241-A]
FELONY: 5 Years or $2,500.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 3 DEFENDANT(S) (01, 02):** CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE MARIJUANA/SYNTHETIC EQUIVALENTS
did deliver the controlled substance marijuana; contrary to MCL; 333.7401(2)(d)(iii). [333.74012D3]
FELONY: 4 Years and/or $20,000.00.

**COUNT 4 DEFENDANT(S) (02):** POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING
did assault, batter, wound, resist, obstruct, oppose, or endanger Officer Brittany Moss, a police officer of Detroit Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 5 DEFENDANT(S) (02):** WEAPONS - FELONY FIREARM
did carry or have in his/her possession a firearm, to-wit: a pistol, at the time he/she committed or attempted to commit a felony, to-wit: Resisting and Obstructing a Police Officer; contrary to MCL 750.227b. [750.227B-A]
FELONY: 2 Years consecutively with and preceding any term of imprisonment imposed for the felony or attempted felony conviction; Mandatory forfeiture of weapon or device [See MCL 750.239]

**DEFENDANT (01): HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 01/07/2004, he or she was convicted of the offense of Attempt Delivery/Manufacture of a Controlled Substance less than 50 Grams in violation of MCL 333.74012A4[A]; in the 3rd Circuit Court for County of Wayne, State of Michigan;
  And on or about 04/21/2006, he or she was convicted of the offense of Uttering and Publishing in violation of MCL 750.249; in the 6th Circuit Court for County of Oakland, State of Michigan;

# EXHIBIT 3

# AFFIDAVIT OF TONY TOWNS

Tony Towns, being sworn, states:

I am competent to testify; that the facts herein are based upon affiant's personal knowledge and that if called to testify, affiant would testify in accordance with the facts herein set forth.

1. That I witnessed the two male Defendant Officers punch, kick, knee, elbow, and stomp PLAINTIFF Daquan James.

2. That I witnessed the two female Defendant Officers watch the assault described in Paragraph 1 and that they didn't do anything to stop it.

3. That I witnessed PLAINTIFF, Daquan James, tell a Defendant Officer after the assault that, "I have my gun on me."

4. That I witnessed the Defendant Officer remove the gun from PLAINTIFF Daquan James' waist after the assault.

_____
Tony Towns

**STATE OF MICHIGAN )**
                        ) SS.
**COUNTY OF** Wayne )

The foregoing instrument was acknowledged before me on 8/24, 2023 by Tony Towns known to me to be the person(s) described in and who executed the instrument.

My commission expires:
5/8/2026
Wayne County,

Notary Public
_____

[Notary seal: CHRISTINA SMITH, NOTARY PUBLIC, COUNTY OF WAYNE, My Commission Expires May 8, 2026, Acting in the County of Wayne, STATE OF MICHIGAN]

# EXHIBIT

# 4

# 36TH DISTRICT COURT

## Register of Action

 Return to Search Results

Return to Search

```
|STATE OF MICHIGAN         |                     | CASE NO:  2205923702 D01 FY |
|36TH JUDICIAL DISTRICT|    REGISTER OF ACTIONS |                             |
|ORI820365J                |                     | STATUS: CLSD    01/18/23   |
|PIN: 2203210263           |                     |
```

                          JUDGE OF RECORD: ARCHER,ROBERTA C.,    P-58996
                                    JUDGE: ARCHER,ROBERTA C.,    P-58996

STATE OF MICHIGAN v
                                              CTN: 822270567002
        JAMES/DAQUAN/PAUL                     TCN: DN22257992W
                                              SID:
                                      ENTRY DATE: 08/22/22
                                    OFFENSE DATE: 03/21/22  315 PM
                                     ARREST DATE:
                       VEHICLE TYPE:          VPN:
YEAR OF BIRTH: 1984  SEX: M  RACE: B          CDL: U
VEH YR:        VEH MAKE:                      PAPER PLATE:

DEFENSE ATTORNEY ADDRESS            BAR NO.
COLEMAN,STERLING G.,JR.             P-43321
500 GRISWOLD ST                     Telephone No.
STE 2340
DETROIT        MI 48226             (313) 319-4520

OFFICER: LO MARY N                  |DEPT: 0349054

PROSECUTOR: BUKVA,EDIN MUHAMED,     | P-86266
                            ANY     |

```
REF:  A C/M/F: F   33374012D3              PACC#333.74012D3
CONT SUBS-DELIVERY/MANUFACTURE MARIJUANA
ARRAIGNMENT DATE:  09/08/22    PLEA:     MUTE & NGBC    PLEA DATE: 09/08/22
FINDINGS:   DISM BY PTY    DISPOSITION DATE: 01/18/23
SENTENCING DATE:
     FINE        COST  ST.COST      CON      MISC.       REST    TOT FINE       TOT DUE
     0.00        0.00     0.00     0.00      0.00        0.00        0.00          0.00
         JAIL SENTENCE:                PROBATION:
   VEH IMMOB START DATE:               NUMBER OF DAYS:         VEH FORFEITURE:


BOND HISTORY:
     25,000.00   SURETY       BOND CONTINUED


REF:  B C/M/F: F   75081D1                 PACC#750.81D1
POLICE OFFICER-ASSAULTING/RESISTING/OBSTRUCTING
ARRAIGNMENT DATE:  09/08/22    PLEA:                    PLEA DATE:
FINDINGS:   DISM BY PTY    DISPOSITION DATE: 01/18/23
SENTENCING DATE:
     FINE        COST  ST.COST      CON      MISC.       REST    TOT FINE       TOT DUE
     0.00        0.00     0.00     0.00      0.00        0.00        0.00          0.00
         JAIL SENTENCE:                PROBATION:
   VEH IMMOB START DATE:               NUMBER OF DAYS:         VEH FORFEITURE:


NAME: JAMES/DAQUAN/PAUL                  CASE NO: 2205923702    PAGE    2


REF:  C C/M/F: F   750227B-A               PACC#750.227B-A
WEAPONS-FELONY FIREARM
ARRAIGNMENT DATE:  09/08/22    PLEA:                    PLEA DATE:
FINDINGS:   DISM BY PTY    DISPOSITION DATE: 01/18/23
SENTENCING DATE:
     FINE        COST  ST.COST      CON      MISC.       REST    TOT FINE       TOT DUE
     0.00        0.00     0.00     0.00      0.00        0.00        0.00          0.00
         JAIL SENTENCE:                PROBATION:
   VEH IMMOB START DATE:               NUMBER OF DAYS:         VEH FORFEITURE:

   DATE                     ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
```

```
03/21/22
    A   ORIGINAL CHARGE              CS/DEL MARIJ                                          163
    B   ORIGINAL CHARGE              PO-ASSAULT                                             163
    C   ORIGINAL CHARGE              WEAPONS                                                163
05/19/22
    A   AUTHORIZATION OF COMPLAINT DATE                                                    163
        PROS  VILLEGAS,JAVIER M.,                                          P-52946          163
08/22/22
        FILING DATE                  082222                                                 163
    A   COMPLAINT ISSUANCE DATE                                                            163
        MAG   BOYER,JOSEPH A.,                                              P-51400          163
        WARRANT ENTRY REQUESTED      82222  1130A                                           209
        SYSIDNO (20:) GENERATED BY LEIN
                                     48923697                                               209
        WARRANT ENTERED INTO LEIN                                                           209
        LEIN 2ND PARTY CHECK DONE FOR WARRANT ENTRY                                         212
09/08/22
        MISCELLANEOUS ACTION         ALL COUNTS                                             013
        ATT   COLEMAN,STERLING G.                                           P-43321          013
        APPEARANCE FILED                                                                    013
        MISCELLANEOUS ACTION         ALL COUNTS                                             843
        SCHEDULED FOR ARRAIGNMENT 090822   230P  BOYER,JOSEPH A.,            P-51400          843
        PRETRIAL RELEASE ORDER GENERATED
                                     ALL COUNTS                                             070
        WARRANT CANCELLATION REQUESTED
                                     90822   246P                                           041
        WARRANT CANCELLATION ACCEPTED
                                     90822   247P                                           041
        WARRANT CANCELED FROM LEIN                                                          041
    A   ARRAIGNMENT HELD             CS/DEL MARIJ                                          041
        MAG   BOYER,JOSEPH A.,                                              P-51400          041
        STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT                                  041
        SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                                     091522   830A  ARCHER,ROBERTA C.,      P-58996          041
        SCHEDULED FOR EXAMINATION 092222   845A  ARCHER,ROBERTA C.,          P-58996          041
        PERSONAL                                                                            041
        BOND SET                                        $   25000.00                        041
        DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT                            041
        VIDEO RECORDING                                                                     041
        VIRTUAL HEARING SCHEDULED                                                           041
        NO WEAPONS, NO ILLEGAL CONTROLLED SUBSTANCE                                         041
```

09/15/22
    PROBABLE CAUSE CONFERENCE HELD
        ALL COUNTS                                                046
    JDG   ARCHER,ROBERTA C.,                              P-58996   046
    PROS  YAHFOUFI,RIMA,                                  P-82800   046
    ATT   COLEMAN,STERLING G.                             P-43321   046
    REMOVED FROM CALENDAR    092222   845A  ARCHER,ROBERTA C.,  P-58996   046
    SCHEDULED FOR PROBABLE CAUSE CONFERENCE
        101422   900A  ARCHER,ROBERTA C.,  P-58996   046
    PERSONAL                                                        046
    BOND CONTINUED                        $  25000.00              046
    VIRTUAL HEARING HELD                                            046
    VIRTUAL HEARING SCHEDULED                                       046
    DEFENDANT DID NOT APPEAR; DISCOVERY NEEDED                      046
    NO WEAPONS; NO ILLEGAL CONTROLLED SUBSTANCE                     046
    NOTICE TO APPEAR GENERATED
        ALL COUNTS                                                046

10/14/22
    PROBABLE CAUSE CONFERENCE HELD
        ALL COUNTS                                                046
    JDG   ARCHER,ROBERTA C.,                              P-58996   046
    PROS  COOKE,MARVIN A.,                                P-55351   046
    ATT   COLEMAN,STERLING G.                             P-43321   046
    SCHEDULED FOR EXAMINATION 111522  130P  ARCHER,ROBERTA C.,  P-58996   046
    PERSONAL                                                        046
    BOND CONTINUED                        $  25000.00              046
    VIRTUAL HEARING HELD                                            046
    IN-PERSON HEARING SCHEDULED                                     046
    IN PERSON EXAM (DEFENDANT OUT); DEFENDANT                       046
    DID NOT APPEAR; NO WEAPONS; DISCOVERY                           046
    TENDERED                                                        046
    NOTICE TO APPEAR GENERATED
        ALL COUNTS                                                046

11/15/22
    PROCEEDING HELD          ALL COUNTS                             046
    JDG   ARCHER,ROBERTA C.,                              P-58996   046
    PROS  COOKE,MARVIN A.,                                P-55351   046

| | | |
|---|---|---|
| ATT COLEMAN,STERLING G. | P-43321 | 046 |
| SCHEDULED FOR EXAMINATION 122022 130P ARCHER,ROBERTA C., | P-58996 | 046 |
| PERSONAL | | 046 |
| BOND CONTINUED $ 25000.00 | | 046 |
| COURT REPORTER: F. COLEMAN-JORDAN CER/CSR/RPR #3466 | | 046 |
| IN-PERSON HEARING HELD | | 046 |
| IN-PERSON HEARING SCHEDULED | | 046 |
| IN PERSON EXAM (DEFENDANT OUT); NO ILLEGAL | | 046 |
| CONTROLLED SUBSTANCES; NO WEAPONS | | 046 |
| NOTICE TO APPEAR GENERATED | | |
| ALL COUNTS | | 046 |

NAME: JAMES/DAQUAN/PAUL     CASE NO: 2205923702     PAGE 4

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

| | | |
|---|---|---|
| 12/20/22 | | |
| PROCEEDING HELD        ALL COUNTS | | 046 |
| JDG ARCHER,ROBERTA C., | P-58996 | 046 |
| PROS BUKVA,EDIN MUHAMED, | P-86266 | 046 |
| ATT COLEMAN,STERLING G. | P-43321 | 046 |
| SCHEDULED FOR EXAMINATION 011723 130P ARCHER,ROBERTA C., | P-58996 | 046 |
| SURETY | | 046 |
| BOND CONTINUED $ 25000.00 | | 046 |
| COURT REPORTER: KATHY FEARS CSR #5681 | | 046 |
| VIRTUAL HEARING HELD | | 046 |
| IN-PERSON HEARING SCHEDULED | | 046 |
| ADJOURNMENT REQUESTED BY PROSECUTOR'S OFFICE | | 046 |
| IN PERSON EXAM (DEFENDANT OUT) APPEARED VIA | | 046 |
| ZOOM; NO WEAPONS; NO USAGE OF ILLEGAL | | 046 |
| CONTROLLED SUBSTANCES | | 046 |
| NOTICE TO APPEAR GENERATED | | |
| ALL COUNTS | | 046 |
| 01/17/23 | | |
| MISCELLANEOUS ACTION    ALL COUNTS | | 046 |
| MISCELLANEOUS ACTION    ALL COUNTS | | 046 |
| COURT DATE              011823  930A  ARCHER,ROBERTA C., | P-58996 | 046 |
| BOND CONTINUED | | 046 |
| VIRTUAL HEARING SCHEDULED | | 046 |
| ADJ SO CAN BE PLACED ON RECORD | | 046 |
| 01/18/23 | | |

```
           PROCEEDING HELD              ALL COUNTS                       046
           JDG   ARCHER,ROBERTA C.,                            P-58996   046
           PROS  BUKVA,EDIN MUHAMED,                           P-86266   046
           ATT   COLEMAN,STERLING G.                           P-43321   046
           COURT REPORTER: A. PILLOW CSR #5665                           046
           VIRTUAL HEARING HELD                                          046
           (CW FAILED TO APPEAR ON PE ON 011723)                         046
           PROCEEDING HELD              ALL COUNTS                       046
           DISMISSED BY PARTY                                            046
           DISMISSED WITHOUT PREJUDICE                                   046
           COMPLAINING WITNESS FAILED TO APPEAR                          046
           CASE CLOSED                                                   046
           CHR SENT TO MSP                                               046
02/28/23
           Reassigned Officer-Badge 11096 / 0349049                      ADM
                       To Badge 11096 / 0349054                          ADM
               ***** END OF REGISTER OF ACTIONS *****  08/25/23 12:16
```

[Return to Search]