UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAQUAN P. JAMES,**

    Plaintiff,                                       Hon. Denise P. Hood
                                                           Case No. 23-10321

  v.

**CITY OF DETROIT, BRITTANY MOSS,
MARKALA MOORE, DEANDRE WILLIAMS,
DAMARIO ELLIOTT-GLENN, and ALLEN WILLIAMS,**

    Defendants

_____/

**IVAN L. LAND, SR (P-65879)**
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

**CALVERT BAILEY (P-42409)**
Attorney for Defendants
2 Woodward Ave., Ste. 500
Detroit, MI  48226
(313) 237-3004
bailc@detroitmi.gov

_____/

<u>**ANSWER TO AMENDED COMPLAINT AS TO DEFENDANTS
BRITTANY MOSS, MARKALA MOORE, DEANDRE WILLIAMS, ALLEN
WILLIAMS, AND DAMARIO ELLIOTT-GLENN**</u>

     For answer to the Amended Complaint, Defendants Brittany Moss, Markala Moore, Deandre Williams, Allen Williams, and Demario Elliott-Glenn, by the

undersigned attorney, who reserves the right to withdraw if the individual Defendants' request for representation is not approved by the Detroit City Council, says that:

### FIRST DEFENSE

At all relevant times, these Defendants acted with objective good faith and are therefore immune from liability on the Plaintiff's federal-law claims.

### SECOND DEFENSE

The Plaintiff has not stated against these Defendants a claim upon which relief can be granted.

### THIRD DEFENSE

Any injury suffered by the Plaintiff was proximately caused by his own wrongdoings.

### FOURTH DEFENSE

The arrest of the Plaintiff, if any, by these Defendants, was supported by probable cause.

### FIFTH DEFENSE

The force, if any, used by these Defendants against the Plaintiff was reasonable and necessary in effecting a lawful arrest, for self-defense and/or any other lawful purpose.

## SIXTH DEFENSE

The Defendants acted in self-defense.

## SEVENTH DEFENSE

The Defendants enjoy qualified immunity and are therefore immune from liability on Plaintiff's federal-law claims.

## EIGHTH DEFENSE

These Defendants are protected from liability on the Plaintiff's state-law claims by governmental immunity.

## NINETH DEFENSE

Paragraphs 17, 18, 19, 20, 21, and 26 are admitted to the individual defendants respectively. These Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations of Paragraphs 2, 4, 5, 6, 15, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 53, 54, 55, 78, and 79, therefore neither admits nor denies those allegations, but leave the Plaintiff to his proofs. Paragraphs 16, 58, 59, 66 to Defendant Allen Williams only, 69 to Defendant Allen Williams only, 70 to Defendant Allen Williams only, 72, 73, 74, 75, 76 to Defendants Allen Williams, Markala Moore, and Britany Moss only, 85, 86 87, 88 and 89 are inapplicable to these Defendants. Defendants need not respond to the legal conclusions of Paragraphs 12, 13, 14, 52, 58 to Defendant Elliott-Glenn only,

61, 62, 63, 64 to Defendants Brittany Moss and Kamala Moore only, 66 except Defendant Allen William, 69, 72, 73, 75, and 82. All remaining allegations including 1, 7, 8, 9, 10, 44, 45, 47, 48, 49, 50, 51, 56, 67, 70, 74, but not exclusive of are denied insofar as they apply to these Defendants. Paragraphs 3, 11, 59 as to Defendants Elliott-Glenn and Deandre Williams only, 80, and 81 are denied as untrue.

## RESERVATION OF ADDITIONAL DEFENSES

The Defendants reserve the right to plead such additional defenses as may become known through research, investigation, discovery or otherwise.

**WHEREFORE,** Defendants Reynoso and Nelson respectfully request dismissal of the Plaintiffs' claims or a judgment of no cause of action on those claims, as well as an award of attorney fees and costs against the Plaintiff.

                                                Respectfully submitted,

                                             /s/Calvert Bailey
                                        **CALVERT BAILEY (P-42409)**
                                        Attorney for Defendants
                                        2 Woodward Avenue, Suite 500
                                        Detroit, MI 48226
                                        (313) 237-3004
                                        bailc@detroitmi.gov

Dated: October 25, 2023

## DEMAND FOR COMPULSORY JOINDER OF CLAIMS

The Defendants demand that the Plaintiff join in this action every claim he might have against the Defendants arising out of the subject matter of this action and not requiring for its adjudication the presence of third parties over whom the Court cannot acquire jurisdiction.

                                Respectfully submitted,

                                /s/Calvert Bailey
                              **CALVERT BAILEY (P-42409)**
                              Attorney for Defendants
                              2 Woodward Avenue, Suite 500
                              Detroit, MI 48226
                              (313) 237-3004
                              bailc@detroitmi.gov

Dated: October 25, 2023