UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAQUAN P. JAMES,**

    Plaintiff,     Hon. Denise P. Hood
     Case No. 23-10321

  v.

**CITY OF DETROIT, BRITTANY MOSS,
MARKALA MOORE, DEANDRE WILLIAMS,
DAMARIO ELLIOTT-GLENN, and ALLEN WILLIAMS**

    Defendants
_____/

**IVAN L. LAND, SR (P-65879)**
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

**CALVERT BAILEY (P-42409)**
Attorney for Defendant City
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-3004
bailc@detroitmi.gov
_____/

### ANSWER TO AMENDED COMPLAINT AS TO CITY OF DETROIT ONLY

For answer to the Amended Complaint in the above-entitled cause, Defendant CITY OF DETROIT, a Municipal Corporation, only by and through the undersigned attorneys say as follows:

## FIRST DEFENSE

The Plaintiff has not stated against this Defendant a claim upon which relief can be granted.

## SECOND DEFENSE

Any injury suffered by Plaintiff was proximately caused by his own wrongdoing.

## THIRD DEFENSE

The arrest, if any, of the Plaintiff was supported by probable or reasonable cause.

## FOURTH DEFENSE

Defendant, City of Detroit, as a matter of law, is not vicariously liable for the alleged intentional torts of its employees.

## FIFTH DEFENSE

So far as this Defendant can determine, any injury suffered by the Plaintiff was proximately caused by his own negligence and other wrongdoing.

## SIXTH DEFENSE

The force, if any, used by any individual Defendant was reasonable and necessary in effecting a lawful arrest or in performing other lawful police duties.

## SEVENTH DEFENSE

The City of Detroit was engaged in a governmental function; namely, law enforcement; this defendant did not act so recklessly as to demonstrate a substantial lack of concern for whether an injury would result; and its conduct was not the proximate cause of the injury, or damage if any.

### EIGHT DEFENSE

At all relevant times, this defendant acted with objective good faith and therefore is immune from liability on the plaintiff's federal law claims.

### NINETH DEFENSE

Defendant City of Detroit is protected on the plaintiff's state law claims by governmental immunity. MCLA 691.1401 et seq.

### TENTH DEFENSE

This Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of Paragraphs 2, 4, 15, 22, 23, 30, 32, 33, 35, 36, 38, 40, 41, 45, 46, 47, 48, 49, 50, 54, and 56 of the Complaint, therefore, neither admits nor denies those allegations but leaves Plaintiff to his proofs. Paragraph 16 is admitted. Paragraphs 5, 6, 7, 8, 10, 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, 29, 31, 34, 37, 39, 42, 43, 44, 52, 53, 55, 58, 59, 61, 62, 63, 64, 66, 67, 69, 70, 72, 73, 74, 78, 79, and 80 are inapplicable to this defendant. Defendant need not respond to the legal conclusions in paragraphs 12, 13, 14, 75, 81, 82, 84, 86, and 89. All other allegations

of the Complaint including but not limited to 1, 3, 9, 51, 76, 85, 87, 88 and 90 are denied insofar as they apply to this Defendant, at least to the extent they are untrue.

## RESERVATION OF ADDITIONAL DEFENSES

This Defendant reserves the right to plead such additional defenses as may become known through research, investigation, discovery, or otherwise.

## DEMAND FOR COMPULSORY JOINDER OF CLAIMS

This Defendant demands that the Plaintiff join in this action every claim that they might have against any Defendant arising out of the subject matter of this action and not requiring for its adjudication the presence of third parties over whom the court cannot acquire jurisdiction.

**WHEREFORE,** Defendant respectfully demands dismissal of the Plaintiff's claims or a judgment of no cause of action on those claims, as well as an award of attorney fees and costs against Plaintiff.

Respectfully submitted,

/s/Calvert Bailey
**CALVERT BAILEY (P-42409)**
Attorney for Defendant City
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3004
bailc@detroitmi.gov

Dated: October 25, 2023