STATE OF MICHIGAN
COUNTY OF WAYNE    SS

SEARCH WARRANT AND AFFIDAVIT

TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY: Case# 2203210263

AFFIANT, POLICE OFFICER MARKALA MOORE #4113, HAVING SUBSCRIBED AND SWORN TO AN AFFIDAVIT FOR a Search Warrant, and I have under oath examined affiant, am satisfied that probable cause exists:

THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command that you search the following described place. The entire premises and curtilage of 18523 Schoolcraft, which is a building consisting of light brown brick on the bottom half, an orange awning with the words "Farmboys" in green and white and the words "novelty shop 313-799-0671" below Farmboys in pink and white. This building is located on the north side of Schoolcraft between Faust and Greenview., in the City of Detroit, County of Wayne and the State of Michigan.

AND TO SEIZE, SECURE, TABULATE, AND MAKE RETURN ACCORDING TO LAW THE FOLLOWING PROPERTY AND THINGS:

Any and all, firearms, cell phones, electronic devices, DVR, narcotics, drug paraphernalia, tobacco, instruments used for smoking which could be used in violation of City and State rules and regulations for business.

THE FOLLOWING FACTS ARE SWORN TO BY AFFIANT IN SUPPORT OF THE ISSUANCE OF THIS WARRANT:

Affiant, Police Officer Markala Moore is a sworn member of the Detroit Police Department and has been the affiant in multiple search warrants on various investigations of the Detroit Police Department, and is currently assigned to Vice Enforcement. Affiant is investigating the business's licensing for a sexually oriented business.

AFFIANT: _____

Subscribed to me and sworn under my hand on this day 21st day of March, 2022.
APPROVED:

Rhonda Haidar P84161
ASSISANT PROSECUTING ATTORNEY
3/21/2022 8pm
authorized via email

Laura L Echarten 41489
MAGISTRATE/ JUDGE OF THE 36th
DISTRICT/JUDGE OF 3rd CIRCUIT COURT

8:57pm

On March 16, 2022, Vice Enforcement made the location 18523 Schoolcraft (Farmboys Novelty Shop) to conduct a business inspection and were denied entry. On Monday, March 21, 2022, affiant (Police Officer Markala Moore) and partner Police Officer Brittany Moss returned to the location. Affiant and PO Moss entered the location in an undercover capacity to obtain a layout of the location and to ensure that inspecting officers would gain entry into the location. Upon entering, Daquan James B/M 01/07/84 came from behind the counter to assist us with sales at which point he was immediately observed to be armed with a black handgun. Once inside the location, PO Moss contacted Police Officer Krishrion Scott via phone so that she could convey all information to Sergeant Allen Williams who then called Mr. James who has been the point of contact for the location. Mr. James remained on the phone for several minutes and began to become irate and yelling saying things such as "why do you have to inspect my place" and "who is you". Affiant then observed Mr. James lock the front door primarily used for entry. He then began monitoring the cameras inside the location. Affiant heard the doorbell ring at which point Mr. James began to close several doors behind the counter as if he were concealing something illegal inside the location. PO Moss unlocked the door for Police Officer Damario Elliott-Glenn and Police Officer Christian Earl of Vice Enforcement. Simultaneously, affiant heard the security system say "backdoor open". Upon hearing the security system, it was believed that the gentlemen inside were attempting to flee the location, the officers who came to conduct the inspection exited the building to prevent their possible attempt to flee and discard any contraband. Mr. James came from behind the counter and locked the entry door again. Affiant and PO Moss remained inside the location and Mr. James began to tell us to leave. Affiant showed Mr. James my Detroit Police badge and PO Moss advised him who we were and that we were conducting a business inspection. PO Moss went behind the counter and Mr. James began yelling at stating that we could not raid the location and we advised him that it wasn't a raid, it was a business inspection. He continued yelling and while armed he used his hands and arms to forcefully push PO Moss in attempt to prevent us from facilitating the inspection. Mr. James continued to push and block us from entering the rear of the location and to push us forward out of the door which connected the lobby to the cashier area. Police Officers Elliott-Glenn and Williams entered the location and detained him for his assault on PO Moss at which point, large bags of suspected marijuana were observed in plain view behind the counter of the location.

When Officers Elliott-Glenn, Earl and Deandre Williams made it to the rear of the location they made contact with Tony Towns B/M 07/31/84 (employee). Mr. Towns was in the rear of the location and observed attempting to put large bags of suspected marijuana in a vehicle.

Mr. James is a valid concealed pistol license holder and he was in possession of a Glock 23 serial number UTL202, .40 caliber loaded with a magazine containing 11 live rounds and 1 round in the chamber. Per LEIN the recovered weapon is not registered to Mr. James.

18523 Schoolcraft currently has no license to operate as any business.

Subscribed to me and sworn under my hand on this day 21st day of March, 2022.

AFFIANT: _____

APPROVED:

Rhonda Harbor P84161
ASSISANT PROSECUTING ATTORNEY
3/21/2022 8pm
authorized via email

Laura L Echartea 41489
MAGISTRATE/ JUDGE OF THE 36th
DISTRICT/JUDGE OF 3rd CIRCUIT COURT
8:57pm