## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DAQUAN P. JAMES,**

      Plaintiff,                                     Hon. Denise P. Hood
                                                   Case No. 23-10321

v.

**CITY OF DETROIT, BRITTANY MOSS,**
**MARKALA MOORE, DEANDRE WILLIAMS,**
**DAMARIO ELLIOTT-GLENN, and ALLEN WILLIAMS,**

      Defendants,

---

### AFFIDAVIT OF ALLEN WILLIAMS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**STATE OF MICHIGAN)**
                       )SS
**COUNTY OF WAYNE)**

   I, Allen Williams says under penalty of perjury, that:

1. I am one of the defendants in this lawsuit

2. On March 21, 2022, at approximately 3:15 p.m. I was on- duty as a Detroit Police Officer assigned to Vice Enforcement Unit.

3. I was the Officer in Charge of the crew.

4. That I received information from Detroit BSEED that a business inspection was required for the location of 18523 Schoolcraft (Farm Boys Novelty Store).

5. That there were two previous attempts to conduct the business inspection on March 16, 2022 and March 18, 2022 were unsuccessful.

6. That I directed Offs. Moss and Moore to gain entry into the premises.

7. Upon receiving their observations of the premises via phone, I called Plaintiff Daquan James to inform him that officers were here to conduct a business inspection.

8. I directed Officers Elliott-Glenn, Earl, and D. Williams to enter the premises to assist with the business inspection.

9. The inspection turned into an investigation after the plain view of suspected contraband within the building.

10. Plaintiff and Tony Towns attempted to resist and obstruct the inspection/investigation. They were arrested using only necessary force to effect the arrest.

11. There was probable cause to believe that Lamont Johnson had committed the felonies of felonious assault upon Kimberly Irvin and Devon Irvin.

12. That my actions were made in good faith.

13. That my actions were made during the course of my employment as a Detroit Police Officer and within the scope of my authority.

14. If called to testify at trial, I would testify in accordance with this sworn statement that I have made in this affidavit, which is true to the best of my belief and ability.

**FURTHER, AFFIANT SAYETH NOT.**

_____

_____        ALLEN WILLIAMS
Subscribed and sworn to before me
this \_\_\_\_\_ day of August 25, 2025
_____
Notary public, Wayne County, MI.
My commission expires: _____