UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daquan P James,

                Plaintiff(s),

v.                                            Case No. 2:23−cv−10321−DPH−KGA
                                              Hon. Denise Page Hood

Detroit, City of, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

Motion for Summary Judgment − #29

- MOTION HEARING:  November 5, 2025 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Saulsberry
                                                           Case Manager

Dated:   September 8, 2025