UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAQUAN P. JAMES,
    an individual,
        Plaintiff,

V.

CITY OF DETROIT
a municipal corporation,

BRITTANY MOSS,
City of Detroit Police Officer,
Individually, and in her Official
Capacities, and

MARKALA MOORE,
City of Detroit Police Officer,
Individually, and in her Official
Capacities, and

DEANDRE WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

DAMARIO ELLIOTT-GLENN,
City of Detroit Police Officer,
Individually, and in his Official
Capacities.

ALLEN WILLIAMS,
City of Detroit Police Sargeant,
Individually, and in his Official
Capacities.

Case No. 2:23-cv-10321
Hon. Denise Page Hood

**INDEX OF EXHIBITS**

Defendants.

---

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Lease Agreement |
| 2 | Recording of BSEED Employee Incident |
| 3 | Deposition of Defendant Moore |
| 4 | Deposition of Defendant Moss |
| 5 | Deposition of Defendant Allen Williams |
| 6 | Plaintiff's CPL |
| 7 | Plaintiff's Affidavit |
| 8 | Defendant Deandre Williams' Assault News Article |