# Recording of BSEED Employee Incident