**Officer Brittany Moss**
**02/27/2025**

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF MICHIGAN

 3                   SOUTHERN DIVISION

 4

 5  DAQUAN P. JAMES,

 6  an individual,

 7                  Plaintiff,

 8     vs.                        Case No. 2:23-cv-10321

 9                                Hon. Denise Page Hood

10  CITY OF DETROIT,

11  a municipal corporation, and

12  BRITTANY MOSS, City of Detroit

13  Police Officer, Individually and in

14  her Official Capacities, and

15

16  MARKALA MOORE, City of Detroit

17  Police Officer, Individually and in

18  her Official Capacities, and

19

20  DEANDRE WILLIAMS, City of Detroit

21  Police Officer, Individually and in

22  her Official Capacities, and

23

24

25
```



**Officer Brittany Moss**
02/27/2025                                                      Page 2

1  DAMARIO ELLIOTT-GLENN, City of Detroit

2  Police Officer, Individually and in

3  her Official Capacities, and

4

5  ALLEN WILLIAMS, City of Detroit

6  Police Officer, Individually and in

7  her Official Capacities, and

8                          Defendants.

9  _____/

10  PAGES 1 TO 42

11

12        The Deposition of OFFICER BRITTANY MOSS,

13        Taken at 2 Woodward Avenue,

14        Detroit, Michigan,

15        Commencing at 12:00 p.m.,

16        Thursday, February 27, 2025,

17        Before Tamora L. Thompson, CSR-5378.

18

19

20

21

22

23

24

25



**Officer Brittany Moss**
02/27/2025                                                    Page 3

1  APPEARANCES:

2

3  IVAN L. LAND, ESQUIRE

4  Ivan L. Land Law Offices, PC

5  25900 Greenfield Road, Suite 210

6  Oak Park, Michigan 48237

7  (248) 968-4545

8       Appearing on behalf of the Plaintiff.

9

10  CALVERT A. BAILEY, ESQUIRE

11  City of Detroit

12  2 Woodward Avenue

13  Detroit, Michigan 48226

14  (313) 224-4550

15       Appearing on behalf of the Defendants.

16

17  ALSO PRESENT:

18  DaQuan James

19  Allen Williams

20  Markala Moore

21

22                        *   *   *   *   *

23

24

25



**Officer Brittany Moss**
02/27/2025                                              **Page 4**

```
 1                    I N D E X

 2    WITNESS:                              PAGE:

 3    OFFICER BRITTANY MOSS

 4    Examination by Mr. Land                 5

 5    Examination by Mr. Bailey              34

 6    Re-examination by Mr. Land             37

 7    Re-examination by Mr. Bailey           40

 8    Re-examination by Mr. Land             40

 9

10

11    EXHIBITS:                            MARKED:

12    Exhibit 3      Photo                   16

13    (Retained)

14

15

16

17

18

19

20

21

22

23

24

25
```



1    Detroit, Michigan

2    Thursday, February 27, 2025

3    About 12:00 p.m.

4                        OFFICER BRITTANY MOSS,

5    having first been duly sworn, was examined and testified

6    on her oath as follows:

7                        EXAMINATION

8    BY MR. LAND:

9    Q.   Good afternoon.

10   **A.   Good afternoon.**

11   Q.   Ms. Moss, is it?

12   **A.   Yes, sir.**

13   Q.   Let me apologize.  I know you were here the other day.

14        I messed up.  I do apologize.  I'm sorry about that.

15             I'm Attorney Ivan Land.  I represent

16        Mr. DaQuan James in the case DaQuan James versus City of

17        Detroit and others, United States District Court,

18        Eastern District of Michigan, Southern Division.  Case

19        Number 2:23-cv-10321 before the Honorable Denise Page

20        Hood.

21             Can you please state your name and spell it

22        for the record?

23   **A.   Yes.  Police Officer Brittany B-R-I-T-T-A-N-Y  Moss**

24        **M-O-S-S.**

25   Q.   Have you ever had your deposition taken before?



 1   A.   Yes.

 2   Q.   So you know this is a question-and-answer session.  I

 3        ask the questions, you answer.  If you don't understand

 4        me, please do not guess because the answers are

 5        important.  Just ask me to repeat it.  You cannot answer

 6        uh-huh or huh-uh because the court reporter is taking

 7        down information, so we just ask you to try and answer

 8        verbally.

 9             Do you know why we are here?

10   A.   Yes.

11   Q.   Can I take you back to the date March 21, 2022.  Do you

12        remember that date?

13   A.   Yes.

14   Q.   Okay.  Do you remember entering the establishment on

15        Schoolcraft?

16   A.   Yes, sir.

17   Q.   Did you enter in a police capacity or individual

18        capacity?

19   A.   Police.

20   Q.   Police?

21   A.   Yes.

22   Q.   You were.  Were you in uniform or plainclothes?

23   A.   Plainclothes.

24   Q.   Did you enter in an undercover capacity?

25   A.   Yes, sir.



**Officer Brittany Moss**
02/27/2025                                                    Page 7

1  Q.  Did you tell the owner, Mr. James, that you were police?

2  **A.  Not on initial entry, no.**

3  Q.  When did you tell Mr. James you were police?

4  **A.  Once he tried to lock the door.**

5  Q.  How?  When did he try to lock the door?

6  **A.  Once -- you said when?**

7  Q.  Yes.

8  **A.  Once officers -- well, semi-unform officers entered and**

9  **then they exited the location, he tried to -- Mr. James**

10  **tried to go back and lock the door, close the doors and**

11  **lock them once they exited.**

12  Q.  Okay.  That's when you said you guys were the police?

13  **A.  Yes, sir.**

14  Q.  Okay.  You did that by announcing it?

15  **A.  Yes, and showing a badge.**

16  Q.  Okay.  Were you afraid of -- for any reason?

17  **A.  Was I afraid?**

18  Q.  Yes.

19  **A.  No.**

20  Q.  Was there any confrontation that occurred?

21  **A.  At what point?  When he tried to close the door?**

22  Q.  Yes.

23  **A.  Well, at some point yes, there was a confrontation that**

24  **happened.**

25  Q.  What happened?



```
 1   A.   Once we announced that we were police -- well, even

 2        before that, he tried to shoo us out, me and Sergeant

 3        Moore.

 4   Q.   What do you mean shoo you out?  Explain that.

 5   A.   So officers came in, then the door was still open.  So

 6        Mr. James was behind the counter and he was like get

 7        out, get out.  So I said that -- I was like I want to

 8        get something.  I knew if I went out, we probably

 9        wouldn't be able to gain entry again.

10             He was like get out, get out trying to make me

11        feel like you all with them.  He came out and tried to

12        lock the door, and then that's when we announced each

13        other.

14             (Discussion off the record.)

15   Q.   Shoo out?

16   A.   Yes, he was telling us to get out, but using a hand

17        motion.

18   Q.   So at that point, he did not know you were a police

19        officer?

20   A.   No.

21   Q.   Okay.  Then did you have a warrant to enter the

22        facility?

23   A.   No, sir.  But I was allowed entry.

24   Q.   You was allowed entry?

25   A.   Yes, sir.
```



**Officer Brittany Moss**
02/27/2025                                          Page 9

 1  Q.   Okay.  And you were allowed entry as a police officer?

 2  A.   **No.  As a civilian.  I was undercover.  I was**

 3       **undercover.**

 4  Q.   But you were on duty?

 5  A.   **Yes, sir.**

 6  Q.   You was on duty?

 7  A.   **Yes, sir.**

 8  Q.   You can't have it both ways.  You understood, you were

 9       either there as an individual or as a police officer.

10       So you were on duty?

11  A.   **Uh-huh.**

12  Q.   But you were in plainclothes?

13  A.   **Exactly.**

14  Q.   You entered his property with no warrant.  Did you have

15       a warrant?

16  A.   **No, I didn't.**

17  Q.   You did not have a warrant?

18  A.   **No, I didn't.**

19  Q.   Okay.  Now you stayed.  You allowed other officers in?

20  A.   **No.  No, I did not say that.  I need you to back up a**

21       **minute.**

22  Q.   You tell me.  I'm asking --

23  A.   **No.  What are you asking?**

24  Q.   I'm asking at any point, did you ever open the door for

25       the other officers?



**Officer Brittany Moss**
02/27/2025                                    Page 10

1  A.   Yes, I did.

2  Q.   Did you have a warrant to do that?

3  A.   No.

4  Q.   Did you have a warrant to let other officers into the

5       property?

6  A.   No.  But I didn't need one neither.  It wasn't a search

7       warrant.

8  Q.   It wasn't?

9  A.   No, sir.

10 Q.   Did you search the property?

11 A.   At what point?  Eventually, yes.

12 Q.   You did.  You searched the property, correct?

13 A.   Yes.

14 Q.   So now this scuffle, what did Mr. James do?

15 A.   So once he tried -- once we announced ourselves, I went

16      and stepped between a door that was open so that he

17      could not close the door because I knew that door was

18      locked.  I was standing there.  He got in between me and

19      he started to push me --

20 Q.   Okay.

21 A.   -- with his forearm.

22 Q.   Were you afraid?

23 A.   No, I wasn't.  I wasn't afraid.  But I was did feel that

24      he may have tried to physically hurt me at some point --

25 Q.   How?



**Officer Brittany Moss**
02/27/2025                                    Page 11

1   A.   -- because he was pushing me.

2   Q.   That's the only reason why?

3   A.   **Absolutely.  Absolutely.  So he was pushing me with his**

4        **forearm.  And I verbally was telling him stop pushing**

5        **me, stop pushing me, stop touching me.**

6   Q.   You were afraid because you believed that he could have

7        assaulted you as a --

8   A.   **He was assaulting me by pushing me.**

9   Q.   You believe that?

10  A.   **Absolutely.**

11  Q.   You believe he was assaulting you by pushing you?

12  A.   **Absolutely.**

13  Q.   Okay.  That was the only thing that you had a problem

14       with?

15  A.   **Well, the whole pushing, I was telling him to stop**

16       **pushing me.  In the video that we have, you can actually**

17       **see I'm trying to have my balance.  He is pushing me and**

18       **my foot is sliding.**

19  Q.   Were there any male officers in there at this point?

20  A.   **No, sir.**

21  Q.   Just you and Ms. Moore?

22  A.   **Yes, sir.**

23  Q.   Read that.  Read it out loud for the record.

24  A.   **This is?**

25  Q.   Someone's else report.  I just want you to read it for



1        the record.

2   A.   Officer Williams attempted to secure the weapon when

3        Mr. James clapped down with his right hand.  At this

4        time, Officer Williams delivered a strike to the face

5        with a closed fist while I delivered strikes to the head

6        and body of Mr. James.  Strikes included a closed fist

7        to the head and knee strikes to the body.  Mr. James was

8        next pulled out of the bathroom and he got on the ground

9        with his hands behind his back and he was handcuffed

10       without further incident.

11  Q.   This is Plaintiff's Exhibit 1 that you just read.  Okay.

12            Where were you at when this occurred?

13  A.   I believe I was securing the gun.

14  Q.   You were securing a gun?

15  A.   Yes.

16  Q.   So did you secure the gun before or after this?

17  A.   During.

18  Q.   You secured the gun during?

19  A.   Yes.

20  Q.   Okay.  So I want to ask you something.  Did you ever --

21       I see that you noticed a gun when this occurred.

22  A.   Are you asking a question?

23  Q.   I see that you noticed a gun when this occurred?

24  A.   Well, this is not my report.

25  Q.   I understand.  When you saw this activity going on,



1      that's when you noticed a gun?

2  A.   No.  I noticed the gun way before.

3  Q.   You did.  When?

4  A.   Absolutely.  When I got in.

5  Q.   You noticed a gun when you came in?

6  A.   Absolutely.

7  Q.   You weren't afraid?

8  A.   No.  He didn't have the weapon.  He wasn't worried about

9       the weapon at the time.

10 Q.   Who wasn't?

11 A.   Mr. James.

12 Q.   He wasn't.  Did you alert any officers about the gun?

13 A.   Absolutely.

14 Q.   You did?

15 A.   Absolutely.

16 Q.   Where you were standing, when the officers came in, how

17      many feet was it, do you believe?

18           MR. BAILEY:  If you know.

19 A.   I'm not sure.

20 BY MR. LAND:

21 Q.   Wait a minute.  Hold on.

22 A.   That was a few years ago.

23 Q.   Don't worry.  We going to get it together.

24 A.   You say when they came in?

25 Q.   Yes.



**Officer Brittany Moss**
02/27/2025                                              Page 14

1   A.   I'm not sure.  I mean, I opened the door for them, so --

2   Q.   So how many feet -- let's take this room.

3             MR. BAILEY:  Asked and answered.  She said she

4        didn't know.

5   BY MR. LAND:

6   Q.   Okay.  I get to tell the Jury what I want to tell them.

7             So you know you are in a lawsuit, right?

8   A.   **Absolutely.**

9   Q.   This ain't no game.  You smiling, but this ain't no

10       game.

11  A.   **I understand.**

12  Q.   Okay.  Be careful.

13  A.   **I heard what you said.**

14  Q.   I'm going to let you not answer.  That's fine.

15  A.   **Okay.**

16  Q.   Now, so did you tell -- ever tell any officers that --

17       you told the officers that he had a gun?

18  A.   **Absolutely.**

19  Q.   When you saw this activity going on, you said you

20       secured the weapon?

21  A.   **I was securing the weapon, yes.**

22  Q.   You secured the weapon, correct?

23  A.   **Yes.**

24  Q.   Where did you secure the weapon from?

25  A.   **So the gun was handed to me.**



1  Q.  It was handed to you?

2  **A.  Yes.**

3  Q.  By whom?

4  **A.  I'm not sure.  It was one of the male officers.  If I**

5  **had my report person, I could tell you.**

6  Q.  No worries.  It's okay.

7        What was Mr. James -- did you see them take

8  the weapon off him?

9  **A.  I don't recall seeing them take the gun off him.**

10  Q.  You don't recall?

11  **A.  Right.**

12  Q.  How many feet were you away from this incident when it

13  occurred?

14  **A.  I'm not --**

15  Q.  You can guess.

16  **A.  Well, I don't want to guess and be wrong.  I'm not sure.**

17  Q.  Okay.  That's fine.  All right.  So you did see one of

18  the officers take the gun off him?

19  **A.  I don't recall them -- they took it off him.  I don't**

20  **know who took it off him exactly.  But it was handed to**

21  **me just so it can be out of play of the whole situation.**

22  Q.  Do you know when it got handed to you, if the officer

23  walked to you or stretched his arms out?

24  **A.  I believe he stretched his arm out.**

25  Q.  So that was -- you were three feet away probably?



**Officer Brittany Moss**
02/27/2025                                              Page 16

1  A.   I mean, if that's what you want to go with.

2          MR. BAILEY:  No.

3  A.   I'm not sure.  It was within arm's reach.

4  BY MR. LAND:

5  Q.   Three, four feet?

6  A.   Within arm's reach.

7  Q.   Do you know if they lifted the shirt?

8  A.   I don't know.

9  Q.   You don't know?

10  A.   No.

11  Q.   Do you know if Mr. James feared for his life?

12          MR. BAILEY:  Objection, speculation.  She

13     doesn't know what is in Mr. James' head.

14             DEPOSITION EXHIBIT 3

15             WAS MARKED BY THE REPORTER

16             FOR IDENTIFICATION.

17  BY MR. LAND:

18  Q.   By the way, where was the gun at on Mr. James?

19  A.   It was on his hip.

20  Q.   On the hip.  Do you know if you had made any calls to

21     anyone that he had a weapon?

22  A.   Repeat that.

23  Q.   Did you make any calls telling anyone he had a weapon?

24  A.   Well, I was already on the phone.

25  Q.   With who?



1   A.   I believe it was Officer Scott.

2   Q.   What did you tell Officer Scott?

3   A.   **That he had a weapon on his hip.  His shirt was fairly**

4        **tight.  He had on a white T-shirt.  It was hard to hide**

5        **it.**

6   Q.   Okay.  So do you know if Officer Scott came in with a

7        gun drawn?

8   A.   **No, she did not.**

9   Q.   Officer Scott is a female?

10  A.   **Absolutely.  Yes, she is.**

11  Q.   What is Officer Scott's first name?

12  A.   **Krishrion K-R-I-S-H-R-I-O-N.**

13  Q.   Did you ever see her do any -- did you ever see her

14       secure DaQuan James?

15  A.   **No, she didn't.**

16  Q.   So who did you see secure DaQuan James?

17  A.   **Officer Williams and Officer Elliott-Glenn.**

18  Q.   So you told Officer Scott that he had a weapon?

19  A.   **Yes.**

20  Q.   Do you know at any point -- this is Exhibit 3,

21       Plaintiff's Exhibit 3, do you know if at any point --

22       this is a picture, by the way, of Mr. DaQuan James'

23       stomach where he was shot several years back.  He still

24       has the bullet in him.  Do you know whether or not his

25       shirt was ever lifted where this could be visible?



1  A.   No.

2  Q.   You don't know that?

3  A.   No, I'm not sure.

4  Q.   Do you remember Mr. James' friend, someone that was

5       arrested, placed in handcuffs and brought back into the

6       facility?  Do you remember an officer stating --

7              MR. BAILEY:  Counsel, break that question up.

8              MR. LAND:  Okay.  That's cool.

9  BY MR. LAND:

10  Q.   Do you remember an officer stating shut the fuck up,

11      nigga?

12  A.   No.

13  Q.   You don't?

14  A.   I don't recall, no.

15  Q.   Do you remember an officer stating you a bitch ass

16      nigga?

17  A.   No.

18  Q.   Okay.  This is marked as Plaintiff's Exhibit 2.  I want

19      you to listen to it.  I want you to tell me if you can

20      tell me what officer this is.

21              (Audio recording played.)

22              MR. BAILEY:  Place my objection.  Same one,

23      authenticity of that tape.

24              MR. LAND:  Defense counsel just placed his

25      objection to Plaintiff's Exhibit 2 for the authenticity



1      of the document or the recording.  For the record, this

2      recording was provided in Discovery in the criminal case

3      by the Detroit Police.

4  BY MR. LAND:

5  Q.   Do you know who the gentleman was that was using

6      profanity?

7  **A.   No, I can't tell.**

8  Q.   Okay.  Do you have a policy on using profanity with

9      dealing with citizens?

10            MR. BAILEY:  Objection.  She is not the policy

11      maker for the Detroit Police Department or City of

12      Detroit.  She does not comment necessarily on policy.

13  BY MR. LAND:

14  Q.   Are you a Detroit police officer?

15  **A.   Yes, sir.**

16  Q.   How long have you been a Detroit police officer?

17  **A.   Almost nine years.**

18  Q.   Did you have training?

19  **A.   Yes, sir.**

20  Q.   What kind training did you receive?

21  **A.   A lot of training.  When it comes to defensive tactics,**

22      **law, physical training.  A lot of different training.**

23  Q.   Did you ever receive training on how to deal with

24      individuals?

25  **A.   I'm sure, yes.**


hansonreporting.com
313.567.8100

**Officer Brittany Moss**
**02/27/2025**                                    Page 20

1   Q.   Did your training tell you not to use profanity?

**2   A.   Well, it didn't say not to use it.  But sometimes you**

**3        have to get compliance.  Sometimes it's needed.**

4   Q.   So for the record, you are stating that you didn't

5        necessarily receive training on whether or not to use

6        profanity, but sometimes you use profanity to get

7        compliance?

**8   A.   Yes.**

9   Q.   Give me an example of when you would use profanity to

10       get compliance.

**11  A.   Well, I can't give you an example right now.  I can't**

**12       think of one offhand.**

13  Q.   Well, better than that.  Tell me some profanity you have

14       used in the past.

**15  A.   Well, I'm not much of a profanity user.  But each -- for**

**16       instance, let's say I'm not -- I'm not sure.  I don't**

**17       know.  I can't tell you right now.**

18  Q.   Well, I'm going to tell you, you have a policy that says

19       you should not use profanity.  If you hear another

20       officer using profanity, you should intervene.  You

21       didn't know that?

22            MR. BAILEY:  Objection as to the specifics of

23       the policy.

24            MR. LAND:  It's in the police manual.

25  BY MR. LAND:



```
 1   Q.   So you didn't know that.

 2   A.   I'm not going to say I didn't know that.

 3   Q.   Did you do anything when you heard that?

 4   A.   I didn't say that I heard it.

 5   Q.   Were you there at the time?

 6   A.   I was.

 7   Q.   You didn't go outside?  I tell you what -- maybe --

 8   A.   It was multiple things going at one time.

 9   Q.   This is standard language the Detroit Police uses, so it

10        just went over your head?

11                  MR. BAILEY:  Objection.  No foundation that

12        that's standard language that Detroit uses.

13        Mischaracterizes her testimony, but go ahead.

14   BY MR. LAND:

15   Q.   So let me get back to the matter at hand.

16                  So you couldn't detect whose voice that was?

17   A.   No.

18   Q.   Okay.  Did you see when this occurred?

19   A.   I was there for the first part, yes.

20   Q.   So what did you see?

21   A.   When Mr. James was pushing me, it was two parts to it.

22        Mr. James was pushing me.  Officer Williams and Officer

23        Elliott-Glenn came and got in between myself and him.

24   Q.   That's when this occurred?

25   A.   Yes.
```



**Officer Brittany Moss**
**02/27/2025**                                                    Page 22

1  Q.  What happened in Plaintiff's Exhibit 1?

2  **A.  Yes, I believe so.  From there, that's when everything**

3      **happened.**

4  Q.  Who told you to go to this location undercover?

5  **A.  My sergeant.**

6  Q.  Who is your sergeant?

7  **A.  Sergeant Allen Williams.**

8  Q.  Is Sergeant Allen Williams here today?

9  **A.  Yes.**

10 Q.  Can you point to what he is wearing?

11 **A.  A gray hoodie and black vest.**

12 Q.  Sergeant Allen Williams, what did he tell you to do?

13 **A.  I don't remember the conversation verbatim.  I know we**

14     **went there for an inspection for a novelty shop.**

15 Q.  So what unit were you working on?

16 **A.  Vice.**

17 Q.  What is Vice?

18 **A.  I'm sorry?**

19 Q.  What is Vice?

20 **A.  We do different inspections at liquor stores, novelty**

21     **shops.  And I believe this particular location was given**

22     **to us by BSEE as well.**

23 Q.  Can you tell me the acronym of BSEE, what that is?

24 **A.  Building Safety Engineering.  I forgot the other E**

25     **department.**



 1  Q.   What do you do when you deal with that?

 2  **A.   Well, this -- for business license inspections, making**

 3     **sure everybody have the proper licenses for their**

 4     **businesses.**

 5  Q.   If they don't have the proper license, what do you do?

 6  **A.   Issue ticket and notify them foreclosure.**

 7  Q.   Notify who?

 8  **A.   BSEE.**

 9  Q.   Tell me how that -- if you came to my location,

10     someone's location and they don't have a license, first

11     you look for -- do you always go in an undercover

12     capacity, first of all?

13  **A.   Say that --**

14  Q.   When you go out to inspect these business, do you go in

15     undercover capacity?

16  **A.   Not always.**

17  Q.   Not always?

18  **A.   Yes.**

19  Q.   Sometimes you go in a unit, but this particular time you

20     went in an undercover capacity?

21  **A.   Yes.  Myself, yes.**

22  Q.   Have you ever been out to a location that didn't have

23     the proper license?

24  **A.   Yes.**

25  Q.   What would you do?



**Officer Brittany Moss**
02/27/2025                                   Page 24

 1  A.   Issue them a ticket.

 2  Q.   Did you leave?

 3  A.   **Yes.**

 4  Q.   You would leave?

 5  A.   **Yes.**

 6  Q.   Then you would issue them a ticket --

 7  A.   **No, no.  I thought you were asking after issuing a**

 8       **ticket, no.**

 9  Q.   You would issue the ticket?

10  A.   **Right there on the spot.**

11  Q.   Right.  Then you would leave?

12  A.   **Right.**

13  Q.   Okay.  What would you do with the ticket?

14  A.   **We drop it off to our Police Processing Unit.**

15  Q.   Okay.  That's what you would do with the ticket.  What

16       did you do when -- first of all, did Mr. James have a

17       license?

18  A.   **No.**

19  Q.   Okay.  Did you issue him a ticket?

20  A.   **I didn't, no.**

21  Q.   Why not?

22  A.   **Because I wasn't the one assigned to issue the ticket at**

23       **that time.**

24  Q.   Who was?

25  A.   **I'm not sure.  I can only speak what I did.**



1  Q.   So you went into the location to determine whether or

2       not he had a license?

3  **A.   Yes.**

4  Q.   So how long would it take you to do that?

5  **A.   It depends.  It depends.  Every business is different.**

6  Q.   So don't worry other business.  We worried about this

7       business which is the subject of this lawsuit.

8            How long did it take you to determine whether

9       or not he had a license?

10 **A.   Well, it took a minute because we had to -- we got into**

11      **the -- we were buzzed into the location, and then**

12      **officers had to come so --**

13 Q.   Why?

14 **A.   Why what?**

15 Q.   Why did officers have to come?

16 **A.   Because we weren't in uniform.  We were in undercover**

17      **capacity.**

18 Q.   But you was just there to inspect for business licenses.

19 **A.   Yes, for entry.**

20 Q.   Then what was -- the other officers, why did they have

21      to come?

22 **A.   So they can do the inspection.**

23 Q.   Isn't the business license supposed to be in plain view?

24 **A.   It's supposed to be.**

25 Q.   Okay.  So if you didn't see it in plain view, he didn't



1      have it, correct?

2  A.  But I also wasn't behind his, whatever, counter.  I

3      wasn't behind the counter.  I didn't get close enough to

4      see it.

5  Q.  Okay.  So you were waiting for other officers to come?

6  A.  Yes.  Uniform officers, yes.

7  Q.  Did you let them in?

8  A.  Yes.

9  Q.  They were in uniform?

10  A.  Well, partial.  They had "police" on them.

11  Q.  You let them in?

12  A.  Yes.

13  Q.  Did you have a warrant to let them in?

14  A.  No.

15  Q.  Why not?  What authority did you have to let them in?

16  A.  Well, one, like I said, I was in the -- I was locked

17      inside of a location first of all.

18  Q.  You were locked?

19  A.  Yes, because we initially had to get buzzed in anyway.

20  Q.  Of course.

21  A.  We got buzzed in.  The front door was locked.  We knew

22      that the police was there because he said we heard them

23      on the phone.

24  Q.  Yes.

25  A.  We knew police was there.  They rung the door bell.



1       Mr. James went to the back.  So when the door bell rang,

2       I knew that it was officers so I went to go open the

3       door.

4   Q.  Yes.  So if one of your officers testified here today

5       that the door was open and then Mr. James locked it,

6       would that be incorrect?

7   A.  No, it wouldn't.  These are different parts of what

8       happened.

9   Q.  What different parts?

10  A.  So I opened the door and then officers came in.

11      Officers also exited location.  When you exit, they left

12      the door open, so the door was open.  Mr. James tried to

13      close the door and lock it.

14  Q.  It was open how?

15  A.  It was a open door.

16  Q.  So when the officers first entered, how did they get in?

17  A.  I opened it.

18  Q.  What authority did you have to allow someone into a

19      business?

20  A.  Well, I opened the door and I was about to leave because

21      officers was coming in.

22  Q.  Listen to my question.  That's fine.

23          I'm asking you, what authority did you have to

24      allow officers into this establishment?

25  A.  It was a business inspection.  Open business for an



1      inspection, yes.

2  Q.   Open business?

3  A.   **Yes.**

4  Q.   And what authority do you have?

5  A.   **It was inspection.  As a police officer, I opened the**

6       **door for fellow officers.**

7  Q.   So and what authority, I'm asking you to tell me, what

8       authority you had.  I understand you said it's a

9       business inspection.  I understand that.

10              So I'm asking you what authority?  Look

11       officer, I understand.  I deal with police officers all

12       the time.  You trying to figure out the answer.

13 A.   **I'm not trying to -- I'm trying to figure out the**

14       **question.**

15 Q.   It's very simple.

16 A.   **As a police officer, I was there in an undercover**

17       **capacity for an inspection.  I opened the door for my**

18       **fellow officers who was going to conduct the inspection.**

19 Q.   I'm asking you, what authority did you have to let them

20       into this private facility?

21 A.   **It wasn't a private facility.  It was open to the**

22       **public.**

23 Q.   Okay.  So it was open to the public?

24 A.   **Absolutely.**

25 Q.   You had authority to let them in because it was open to



1    the public?

2 A.  Yes.

3 Q.  But the door was locked?

4 A.  Yes, for myself.  Mr. James didn't know I was a police

5    officer.  I was a regular civilian.

6 Q.  And he buzzed you in?

7 A.  Buzzed me in, yes.

8 Q.  So he allowed you to enter his property?

9 A.  Yes.  I was there looking for -- shopping.

10 Q.  Okay.  So he allowed you into a private facility and

11    allowed someone else into his facility?

12           MR. BAILEY:  Objection.  Mischaracterized.

13    She said it wasn't a private facility.  It was a

14    business.

15 A.  It was a business, yes.

16 BY MR. LAND:

17 Q.  So you think it was a public facility?

18 A.  Yes, it was.

19 Q.  And what is your basis?

20 A.  Mr. James didn't know me.  I didn't know Mr. James.  I

21    was buzzed into the location.  There was also a female

22    exiting the location.

23 Q.  What does that mean?

24 A.  She also -- with me working narcotics, since we go into

25    that part.  Since with me working narcotics, I went into



1       the location.  It was closed off to, I guess, employees.

2       There was a section closed off to employees.  There was

3       also a female when I came in.

4   Q.   Listen --

5                MR. BAILEY:  Let her answer the question.

6                MR. LAND:  She's not answering my question.

7   A.   I am.

8   BY MR. LAND:

9   Q.   No you're not.

10               I'm asking you what authority do you have --

11      he can ask you.  Why don't you tell him -- I know he

12      thinks he is an attorney.  Why don't you tell him you

13      get to ask or write the questions down like he has been

14      feeding you and you can ask her.

15               MR. BAILEY:  Let her finish.

16               MR. LAND:  No.  You ask her what you wanted to

17      ask her.

18  BY MR. LAND:

19  Q.   I'm asking you, tell me what authority you have.  If you

20      don't know, say you don't know.  He can even say asked

21      and answered.  Somebody needs to just shut me up.

22               What authority did you have to allow those

23      officers to get in?

24  A.   In answering that question, you also asked me, how did I

25      know it was open to the public.  That's what I was



1      answering.

2  Q.   Okay.  Go ahead.

3  A.   So like I said, we were buzzed in.  There was a female

4       when I came in, immediately smelled the odor of

5       marijuana.  I saw a female walk out with a small object

6       in her hand and she put it in her pocket.  She came out

7       of -- I'm sorry.  She came out a room, little closed

8       room that's in the business, and she exited as I was

9       coming in.

10 Q.   Okay.

11 A.   And everything else was closed off to employees.

12 Q.   What is your level of education?

13 A.   College.  I have some college.

14 Q.   How much college?

15 A.   I actually graduate in May.

16 Q.   Congratulations.

17 A.   Thank you.

18 Q.   Let me ask you this.  What was the female's name?

19 A.   I'm not sure.

20 Q.   What was she doing in the back?

21 A.   She wasn't in the back.

22 Q.   What was she doing there?

23 A.   If I had my --

24 Q.   Don't speculate.  Tell me what she was doing there.

25 A.   If I had to speculate, it was to buy marijuana.



HANSON RENAISSANCE
COURT REPORTERS & VIDEO   hansonreporting.com
313.567.8100

1   Q.   How do you know?

2              MR. BAILEY:  Objection.  She just asked and

3        answered.

4              MR. LAND:  I'm asking her how she knew.

5              MR. BAILEY:  She said she was speculating.

6        Well, she didn't say she knew.

7   BY MR. LAND:

8   Q.   So you're just speculating.  You don't know.

9   **A.   Absolutely.  But to speculate, my speculation comes in**

10       **her being in a small closed room, the odor of marijuana**

11       **and her having a small palm-sized object and putting it**

12       **in her pocket.**

13  Q.   What was that object?

14  **A.   I said object.  If I would have known, I would have said**

15       **it.  I'm not sure.**

16  Q.   I'm going try to find her --

17  **A.   Okay.**

18  Q.   -- because you are defaming her character.

19             You have no idea what that was?

20             MR. BAILEY:  Objection, argumentative.  She

21       said did she didn't know.  She said -- object.

22             MR. LAND:  She said marijuana.  That could be

23       a possible criminal offense if she's implicating her.

24             MR. BAILEY:  She is speculating that it was

25       marijuana.  She didn't say it was marijuana for sure.



1        She said it was an object.  You're being argumentative

2        and you're --

3                MR. LAND:  Okay.

4   BY MR. LAND:

5   Q.   So listen, so your authority was because it was a public

6        place?

7   A.   Yes.

8   Q.   But not from any training?

9   A.   With -- what do you mean?  What are you asking?

10  Q.   From Vice training.  Did Vice training tell you if a

11       person that has a business license does not allow you to

12       inspect, you can let officers in?  It might be a

13       compound question.

14               But let me ask you, did you have any training

15       that stated you can open and allow officers to enter a

16       facility where the door was locked?  Does any of your

17       training --

18  A.   Well, the business was open.  So I opened the door to my

19       fellow officers for open business.

20  Q.   Was the door locked?

21  A.   Yes.  I had to be buzzed in.

22  Q.   Okay.  But now you're testifying the business was opened

23       to the public?

24  A.   It was because I entered.  I was buzzed in.

25  Q.   What if I told you he only allowed females in.  What



1       would you say then?

2   A.  **Then it's open to the public to females of the public.**

3   Q.  Yes.  So you let males in.

4   A.  **I did.  But there was no signs.  There was nothing**

5       **stating that was just females only.**

6   Q.  So how do you know?

7   A.  **But either way, it was still open to the public.**

8   Q.  No.  Okay.

9   A.  **If it was just females or just males, it was open to the**

10      **public.**

11  Q.  We can agree to disagree.  So Officer Williams called

12      you and told you to go there?

13  A.  **No.  We were at work.  We were working.**

14  Q.  He gave you permission to go?

15  A.  **Absolutely, yes.**

16              MR. LAND:  I have no further questions.

17                      EXAMINATION

18  BY MR. BAILEY:

19  Q.  Officer Moss, are you allowed, as a police officer, to

20      allow your colleagues to assist you?

21  A.  **Yes.**

22  Q.  Okay.  In going back and forth to a private location.

23      Do private locations have business licenses?

24  A.  **Yes.**

25  Q.  They do.



Officer Brittany Moss
02/27/2025                                          Page 35

1   A.   I'm sorry.  Are you asking -- repeat that.

2   Q.   Does a private location have -- are required to have a

3        business license if it's private?

4   A.   Depending on the location, I believe so.

5   Q.   What type?

6             MR. LAND:  Objection.  Calls for speculation.

7        She said she believes so.

8   BY MR. BAILEY:

9   Q.   If you know, what type?

10  A.   They would -- are you talking about a business or I'm

11       confused.  When you just say private location --

12  Q.   He is talking private business.  Is a private business

13       required to have a, to your knowledge, have a business

14       license that's not open to the public?

15            MR. LAND:  Objection, leading.  Objection,

16       leading.  Just tell her what you want her to say.  I'll

17       allow you.  Just tell her what you want her to say.  Go

18       ahead.

19  A.   If it's open to the public --

20  BY MR. BAILEY:

21  Q.   If it's open to the public, what?

22  A.   A business needs a business license, yes.

23  Q.   If it's not open to the public, does it require a

24       business license?

25  A.   As far as I know.  I believe so.



**Officer Brittany Moss**
**02/27/2025**                                                      Page 36

1  Q.    Okay.   When you do those inspections, you're operating

2        -- is that under the code, the City Code?

3  **A.    For a business license, yes.   For a business license**

4        **inspection?**

5  Q.    Yes.

6  **A.    Yes.**

7  Q.    And how do you get -- who tells you how to get -- it

8        goes to your unit to conduct these inspections?

9  **A.    To Vice, yes.**

10 Q.    And where does that originate from?   What places your

11       going to inspect, how does that originate?

12 **A.    Well, like I said, this particular location came from**

13       **BSEE.**

14 Q.    BSEE, for the record is?

15 **A.    Business Safety Engineering something department.   I'm**

16       **not sure.**

17 Q.    And you give it directly to your unit or how --

18 **A.    I'm not sure how we got that license.**

19 Q.    Any time during this inspection, did Mr. James attack

20       you at any point?

21              MR. LAND:   Objection, leading.   Come on, man.

22       Don't do that.

23 BY MR. BAILEY:

24 Q.    You can answer.

25              Or did you have physical contact with



1      Mr. James?  Put it that way.

2  A.   Yes.

3  Q.   Was this unwanted contact?

4  A.   Absolutely.

5  Q.   Okay.  When you're working -- you said you were working

6       plainclothes?

7  A.   Yes.

8  Q.   So working plainclothes, you were in your official

9       capacity as a Detroit police officer?

10  A.   Yes.  I was a Detroit police officer, yes.

11  Q.   Okay.  You were on duty, of course, right?

12  A.   Yes.

13            MR. BAILEY:  That's all I have.

14                 RE-EXAMINATION

15  BY MR. LAND:

16  Q.   So did Mr. James have a business license with the City

17       of Detroit?

18            MR. BAILEY:  Asked and answered.

19  BY MR. LAND:

20  Q.   You can answer.

21  A.   No.

22  Q.   He did not?

23  A.   No, not that I'm aware.

24  Q.   I want to give you a hypothetical.  Let's just say you

25       heard there was a house that was selling sex toys.  Do


HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
                          313.567.8100

Officer Brittany Moss
02/27/2025                                    Page 38

1     you have authority to go into that house without a

2     warrant?

**3  A.   Well, a house is different from a business.**

4  Q.   It is.  How?

**5  A.   Yes, because it's a residence.**

6  Q.   Okay.  Another building.  It's another building, not

7     this one.  You heard they were selling sex toys.  Do you

8     have authority go in that building without a warrant?

**9  A.   To do an inspection, absolutely.  It's a business.**

10  Q.   You do, okay.  Doing an inspection, what does that

11     consist of?

**12  A.   Checking for business licenses.**

13  Q.   If you check for the business license and they don't

14     have it, what do you do?

**15  A.   Write them a ticket.**

16  Q.   And then what do you do?

**17  A.   It goes to the courts.**

18  Q.   What do you physically do after you write them a ticket?

**19  A.   We drop the tickets off.**

20  Q.   Do you leave the location?

**21  A.   Yes.**

22  Q.   Okay.

**23  A.   As long as they are in compliance.**

24  Q.   No.  If they don't have a license, I just said that.

25          If they don't have a license, you just stated



1      you write them a ticket?

2  A.   Yes.

3  Q.   And then what do you do?

4  A.   We leave.  We may shut the business down.

5  Q.   Who may shut the business down?

6  A.   Us, as Vice officers.

7  Q.   You can shut the business down as a Vice officer?

8  A.   Well, let's see if they are operating, you have to

9       close.

10  Q.   Do you shut it down?

11  A.   We inform them that they have to close.

12  Q.   So then you leave?

13  A.   Yes.

14  Q.   So if they don't listen to you, it can remain open?

15  A.   Well, most businesses will close.

16  Q.   I didn't ask you what most businesses.  I'm asking you

17       general.

18            If you -- they don't have to follow your

19       instructions until you go get some kind of Court Order,

20       correct?

21  A.   Well, they do.  They are operating illegally.

22  Q.   They have to follow your order?

23  A.   Yes.  They are operating illegally.

24  Q.   Give me the code that says that.

25  A.   I can't tell you the code.



```
 1                    MR. LAND:  Okay.  No further questions.

 2                         RE-EXAMINATION

 3   BY MR. BAILEY:

 4   Q.   Officer Moss, in this case, you just couldn't issue the

 5        ticket and leave; is that correct?

 6                    MR. LAND:  Objection, that's leading.

 7   BY MR. BAILEY:

 8   Q.   You did not issue a ticket and leave?

 9   A.   Correct.

10   Q.   Why was that?

11   A.   Because so much stuff happened in between.  We weren't

12        able to just come in, do an inspection and leave.  We

13        weren't able to do that.

14   Q.   Because?

15   A.   Because the assault between myself and Mr. James.  The

16        other individual that was going on -- going outside.  It

17        was just a lot going on in between.  Couldn't come in

18        and just do the inspection and leave.

19                    MR. BAILEY:  Thank you.

20                         RE-EXAMINATION

21   BY MR. LAND:

22   Q.   I promise final question.  Did Mr. James ever get

23        written for an assault?  Did he ever get charged with

24        assault?

25   A.   We did type a warrant for that.
```



**Officer Brittany Moss**
**02/27/2025**                                          **Page 41**

1  Q.    You typed a warrant for the assault?

**2  A.    Absolutely.**

3                MR. LAND:  No further questions.

4            (The deposition was concluded at 12:40 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                CERTIFICATE OF NOTARY

 2

 3   STATE OF MICHIGAN        )

 4                            ) SS

 5   COUNTY OF OAKLAND        )

 6        I, Tamora L. Thompson, Certified Shorthand

 7   Reporter, a Notary Public in and for the above county

 8   and state, do hereby certify that the above deposition

 9   was taken before me at the time and place hereinbefore

10   set forth; that the witness was by me first duly sworn

11   to testify to the truth, and nothing but the truth, that

12   the foregoing questions asked and answers made by the

13   witness were duly recorded by me stenographically and

14   reduced to computer transcription; that this is a true,

15   full and correct transcript of my stenographic notes so

16   taken; and that I am not related to, nor of counsel to

17   either party nor interested in the event of this cause.

18

19

20

21        Tamora L. Thompson CSR 5378

22        Notary Public,

23        Oakland County, Michigan

24        My Commission expires:  12-24-2026

25
```



Officer Brittany Moss
02/27/2025                                                    1

**1**

**1** 12:11 22:1
**12:00** 5:3
**12:40** 41:4

**2**

**2** 18:18,25
**2022** 6:11
**2025** 5:2
**21** 6:11
**27** 5:2
**2:23-cv-10321** 5:19

**3**

**3** 16:14 17:20,21

**A**

**absolutely** 11:3,10,12 13:4,6,
  13,15 14:8,18 17:10 28:24
  32:9 34:15 37:4 38:9 41:2
**acronym** 22:23
**activity** 12:25 14:19
**afraid** 7:16,17 10:22,23 11:6
  13:7
**afternoon** 5:9,10
**agree** 34:11
**ahead** 21:13 31:2 35:18
**alert** 13:12
**Allen** 22:7,8,12
**allowed** 8:23,24 9:1,19 29:8,
  10,11 33:25 34:19
**announced** 8:1,12 10:15
**announcing** 7:14
**answering** 30:6,24 31:1

**answers** 6:4
**apologize** 5:13,14
**argumentative** 32:20 33:1
**arm** 15:24
**arm's** 16:3,6
**arms** 15:23
**arrested** 18:5
**ass** 18:15
**assault** 40:15,23,24 41:1
**assaulted** 11:7
**assaulting** 11:8,11
**assigned** 24:22
**assist** 34:20
**attack** 36:19
**attempted** 12:2
**attorney** 5:15 30:12
**audio** 18:21
**authenticity** 18:23,25
**authority** 26:15 27:18,23 28:4,
  7,8,10,19,25 30:10,19,22 33:5
  38:1,8
**aware** 37:23

**B**

**B-R-I-T-T-A-N-Y** 5:23
**back** 6:11 7:10 9:20 12:9
  17:23 18:5 21:15 27:1 31:20,
  21 34:22
**badge** 7:15
**BAILEY** 13:18 14:3 16:2,12
  18:7,22 19:10 20:22 21:11
  29:12 30:5,15 32:2,5,20,24
  34:18 35:8,20 36:23 37:13,18
  40:3,7,19
**balance** 11:17
**basis** 29:19

**bathroom** 12:8
**believed** 11:6
**believes** 35:7
**bell** 26:25 27:1
**bitch** 18:15
**black** 22:11
**body** 12:6,7
**break** 18:7
**Brittany** 5:4,23
**brought** 18:5
**BSEE** 22:22,23 23:8 36:13,14
**building** 22:24 38:6,8
**bullet** 17:24
**business** 23:2,14 25:5,6,7,18,
  23 27:19,25 28:2,9 29:14,15
  31:8 33:11,18,19,22 34:23
  35:3,10,12,13,22,24 36:3,15
  37:16 38:3,9,12,13 39:4,5,7
**businesses** 23:4 39:15,16
**buy** 31:25
**buzzed** 25:11 26:19,21 29:6,7,
  21 31:3 33:21,24

**C**

**called** 34:11
**calls** 16:20,23 35:6
**capacity** 6:17,18,24 23:12,15,
  20 25:17 28:17 37:9
**careful** 14:12
**case** 5:16,18 19:2 40:4
**character** 32:18
**charged** 40:23
**check** 38:13
**Checking** 38:12
**citizens** 19:9
**City** 5:16 19:11 36:2 37:16

Officer Brittany Moss
02/27/2025

2

civilian 9:2 29:5

clapped 12:3

close 7:10,21 10:17 26:3
27:13 39:9,11,15

closed 12:5,6 30:1,2 31:7,11
32:10

code 36:2 39:24,25

colleagues 34:20

college 31:13,14

comment 19:12

compliance 20:3,7,10 38:23

compound 33:13

concluded 41:4

conduct 28:18 36:8

confrontation 7:20,23

confused 35:11

Congratulations 31:16

consist 38:11

contact 36:25 37:3

conversation 22:13

cool 18:8

correct 10:12 14:22 26:1
39:20 40:5,9

counsel 18:7,24

counter 8:6 26:2,3

court 5:17 6:6 39:19

courts 38:17

criminal 19:2 32:23

**D**

Daquan 5:16 17:14,16,22

date 6:11,12

day 5:13

deal 19:23 23:1 28:11

dealing 19:9

defaming 32:18

Defense 18:24

defensive 19:21

delivered 12:4,5

Denise 5:19

department 19:11 22:25 36:15

Depending 35:4

depends 25:5

deposition 5:25 16:14 41:4

detect 21:16

determine 25:1,8

Detroit 5:1,17 19:3,11,12,14,
16 21:9,12 37:9,10,17

directly 36:17

disagree 34:11

Discovery 19:2

discussion 8:14

District 5:17,18

Division 5:18

document 19:1

door 7:4,5,10,21 8:5,12 9:24
10:16,17 14:1 26:21,25 27:1,
3,5,10,12,13,15,20 28:6,17
29:3 33:16,18,20

doors 7:10

drawn 17:7

drop 24:14 38:19

duly 5:5

duty 9:4,6,10 37:11

**E**

Eastern 5:18

education 31:12

Elliott-glenn 17:17 21:23

employees 30:1,2 31:11

Engineering 22:24 36:15

enter 6:17,24 8:21 29:8 33:15

entered 7:8 9:14 27:16 33:24

entering 6:14

entry 7:2 8:9,23,24 9:1 25:19

establishment 6:14 27:24

Eventually 10:11

EXAMINATION 5:7 34:17

examined 5:5

Exhibit 12:11 16:14 17:20,21
18:18,25 22:1

exit 27:11

exited 7:9,11 27:11 31:8

exiting 29:22

Explain 8:4

**F**

face 12:4

facility 8:22 18:6 28:20,21
29:10,11,13,17 33:16

fairly 17:3

feared 16:11

February 5:2

feeding 30:14

feel 8:11 10:23

feet 13:17 14:2 15:12,25 16:5

fellow 28:6,18 33:19

female 17:9 29:21 30:3 31:3,5

female's 31:18

females 33:25 34:2,5,9

figure 28:12,13

final 40:22

find 32:16

fine 14:14 15:17 27:22

finish 30:15

Officer Brittany Moss
02/27/2025

3

fist  12:5,6

follow  39:18,22

foot  11:18

forearm  10:21 11:4

foreclosure  23:6

forgot  22:24

foundation  21:11

friend  18:4

front  26:21

fuck  18:10

___

G

gain  8:9

game  14:9,10

gave  34:14

general  39:17

gentleman  19:5

give  20:9,11 36:17 37:24
  39:24

Good  5:9,10

graduate  31:15

gray  22:11

ground  12:8

guess  6:4 15:15,16 30:1

gun  12:13,14,16,18,21,23
  13:1,2,5,12 14:17,25 15:9,18
  16:18 17:7

guys  7:12

___

H

hand  8:16 12:3 21:15 31:6

handcuffed  12:9

handcuffs  18:5

handed  14:25 15:1,20,22

hands  12:9

happened  7:24,25 22:1,3 27:8
  40:11

hard  17:4

head  12:5,7 16:13 21:10

hear  20:19

heard  14:13 21:3,4 26:22
  37:25 38:7

hide  17:4

hip  16:19,20 17:3

Hold  13:21

Honorable  5:19

Hood  5:20

hoodie  22:11

house  37:25 38:1,3

huh-uh  6:6

hurt  10:24

hypothetical  37:24

___

I

idea  32:19

IDENTIFICATION  16:16

illegally  39:21,23

immediately  31:4

implicating  32:23

important  6:5

incident  12:10 15:12

included  12:6

incorrect  27:6

individual  6:17 9:9 40:16

individuals  19:24

inform  39:11

information  6:7

initial  7:2

initially  26:19

inside  26:17

inspect  23:14 25:18 33:12
  36:11

inspection  22:14 25:22 27:25
  28:1,5,9,17,18 36:4,19 38:9,
  10 40:12,18

inspections  22:20 23:2 36:1,8

instance  20:16

instructions  39:19

intervene  20:20

issue  23:6 24:1,6,9,19,22
  40:4,8

issuing  24:7

Ivan  5:15

___

J

James  5:16 7:1,3,9 8:6 10:14
  12:3,6,7 13:11 15:7 16:11,18
  17:14,16 21:21,22 24:16 27:1,
  5,12 29:4,20 36:19 37:1,16
  40:15,22

James'  16:13 17:22 18:4

Jury  14:6

___

K

K-R-I-S-H-R-I-O-N  17:12

kind  19:20 39:19

knee  12:7

knew  8:8 10:17 26:21,25 27:2
  32:4,6

knowledge  35:13

Krishrion  17:12

___

L

Land  5:8,15 13:20 14:5 16:4,
  17 18:8,9,24 19:4,13 20:24,25
  21:14 29:16 30:6,8,16,18
  32:4,7,22 33:3,4 34:16 35:6,
  15 36:21 37:15,19 40:1,6,21
  41:3



Officer Brittany Moss
02/27/2025

4

language  21:9,12

law  19:22

lawsuit  14:7 25:7

leading  35:15,16 36:21 40:6

leave  24:2,4,11 27:20 38:20
  39:4,12 40:5,8,12,18

left  27:11

level  31:12

license  23:2,5,10,23 24:17
  25:2,9,23 33:11 35:3,14,22,24
  36:3,18 37:16 38:13,24,25

licenses  23:3 25:18 34:23
  38:12

life  16:11

lifted  16:7 17:25

liquor  22:20

listen  18:19 27:22 30:4 33:5
  39:14

location  7:9 22:4,21 23:9,10,
  22 25:1,11 26:17 27:11 29:21,
  22 30:1 34:22 35:2,4,11 36:12
  38:20

locations  34:23

lock  7:4,5,10,11 8:12 27:13

locked  10:18 26:16,18,21 27:5
  29:3 33:16,20

long  19:16 25:4,8 38:23

lot  19:21,22 40:17

loud  11:23

**M**

M-O-S-S  5:24

made  16:20

make  8:10 16:23

maker  19:11

making  23:2

male  11:19 15:4

males  34:3,9

man  36:21

manual  20:24

March  6:11

marijuana  31:5,25 32:10,22,
  25

marked  16:15 18:18

matter  21:15

messed  5:14

Michigan  5:1,18

minute  9:21 13:21 25:10

Mischaracterized  29:12

Mischaracterizes  21:13

Moore  8:3 11:21

Moss  5:4,11,23 34:19 40:4

motion  8:17

multiple  21:8

**N**

narcotics  29:24,25

necessarily  19:12 20:5

needed  20:3

nigga  18:11,16

noticed  12:21,23 13:1,2,5

notify  23:6,7

novelty  22:14,20

Number  5:19

**O**

oath  5:6

object  31:5 32:11,13,14,21
  33:1

objection  16:12 18:22,25
  19:10 20:22 21:11 29:12 32:2,
  20 35:6,15 36:21 40:6

occurred  7:20 12:12,21,23
  15:13 21:18,24

odor  31:4 32:10

offense  32:23

offhand  20:12

officer  5:4,23 8:19 9:1,9 12:2,
  4 15:22 17:1,2,6,9,11,17,18
  18:6,10,15,20 19:14,16 20:20
  21:22 28:5,11,16 29:5 34:11,
  19 37:9,10 39:7 40:4

officers  7:8 8:5 9:19,25 10:4
  11:19 13:12,16 14:16,17 15:4,
  18 25:12,15,20 26:5,6 27:2,4,
  10,11,16,21,24 28:6,11,18
  30:23 33:12,15,19 39:6

official  37:8

open  8:5 9:24 10:16 27:2,5,12,
  14,15,25 28:2,21,23,25 30:25
  33:15,18,19 34:2,7,9 35:14,
  19,21,23 39:14

opened  14:1 27:10,17,20 28:5,
  17 33:18,22

operating  36:1 39:8,21,23

order  39:19,22

originate  36:10,11

owner  7:1

**P**

p.m.  5:3 41:4

palm-sized  32:11

part  21:19 29:25

partial  26:10

parts  21:21 27:7,9

past  20:14

permission  34:14

person  15:5 33:11

phone  16:24 26:23

physical  19:22 36:25

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Officer Brittany Moss
02/27/2025                                              5

physically 10:24 38:18

picture 17:22

place 18:22 33:6

places 36:10

plain 25:23,25

plainclothes 6:22,23 9:12
37:6,8

Plaintiff's 12:11 17:21 18:18,
25 22:1

play 15:21

played 18:21

pocket 31:6 32:12

point 7:21,23 8:18 9:24 10:11,
24 11:19 17:20,21 22:10
36:20

police 5:23 6:17,19,20 7:1,3,
12 8:1,18 9:1,9 19:3,11,14,16
20:24 21:9 24:14 26:10,22,25
28:5,11,16 29:4 34:19 37:9,10

policy 19:8,10,12 20:18,23

private 28:20,21 29:10,13
34:22,23 35:2,3,11,12

problem 11:13

Processing 24:14

profanity 19:6,8 20:1,6,9,13,
15,19,20

promise 40:22

proper 23:3,5,23

property 9:14 10:5,10,12 29:8

provided 19:2

public 28:22,23 29:1,17 30:25
33:5,23 34:2,7,10 35:14,19,
21,23

pulled 12:8

push 10:19

pushing 11:1,3,4,5,8,11,15,
16,17 21:21,22

put 31:6 37:1

putting 32:11

**Q**

question 12:22 18:7 27:22
28:14 30:5,6,24 33:13 40:22

question-and-answer 6:2

questions 6:3 30:13 34:16
40:1 41:3

**R**

rang 27:1

RE-EXAMINATION 37:14
40:2,20

reach 16:3,6

read 11:23,25 12:11

reason 7:16 11:2

recall 15:9,10,19 18:14

receive 19:20,23 20:5

record 5:22 8:14 11:23 12:1
19:1 20:4 36:14

recording 18:21 19:1,2

regular 29:5

remain 39:14

remember 6:12,14 18:4,6,10,
15 22:13

repeat 6:5 16:22 35:1

report 11:25 12:24 15:5

reporter 6:6 16:15

represent 5:15

require 35:23

required 35:2,13

residence 38:5

room 14:2 31:7,8 32:10

rung 26:25

**S**

Safety 22:24 36:15

Schoolcraft 6:15

Scott 17:1,2,6,9,18

Scott's 17:11

scuffle 10:14

search 10:6,10

searched 10:12

section 30:2

secure 12:2,16 14:24 17:14,16

secured 12:18 14:20,22

securing 12:13,14 14:21

selling 37:25 38:7

semi-unform 7:8

sergeant 8:2 22:5,6,7,8,12

session 6:2

sex 37:25 38:7

shirt 16:7 17:3,25

shoo 8:2,4,15

shop 22:14

shopping 29:9

shops 22:21

shot 17:23

showing 7:15

shut 18:10 30:21 39:4,5,7,10

signs 34:4

simple 28:15

sir 5:12 6:16,25 7:13 8:23,25
9:5,7 10:9 11:20,22 19:15,19

situation 15:21

sliding 11:18

small 31:5 32:10,11

smelled 31:4

**Officer Brittany Moss**
**02/27/2025**
6

smiling 14:9

someone's 11:25 23:10

Southern 5:18

speak 24:25

specifics 20:22

speculate 31:24,25 32:9

speculating 32:5,8,24

speculation 16:12 32:9 35:6

spell 5:21

spot 24:10

standard 21:9,12

standing 10:18 13:16

started 10:19

state 5:21

stated 33:15 38:25

States 5:17

stating 18:6,10,15 20:4 34:5

stayed 9:19

stepped 10:16

stomach 17:23

stop 11:4,5,15

stores 22:20

stretched 15:23,24

strike 12:4

strikes 12:5,6,7

stuff 40:11

subject 25:7

supposed 25:23,24

sworn 5:5

---

**T**

T-SHIRT 17:4

tactics 19:21

taking 6:6

talking 35:10,12

tape 18:23

telling 8:16 11:4,15 16:23

tells 36:7

testified 5:5 27:4

testifying 33:22

testimony 21:13

thing 11:13

things 21:8

thinks 30:12

thought 24:7

Thursday 5:2

ticket 23:6 24:1,6,8,9,13,15,
   19,22 38:15,18 39:1 40:5,8

tickets 38:19

tight 17:4

time 12:4 13:9 21:5,8 23:19
   24:23 28:12 36:19

today 22:8 27:4

told 14:17 17:18 22:4 33:25
   34:12

touching 11:5

toys 37:25 38:7

training 19:18,20,21,22,23
   20:1,5 33:8,10,14,17

type 35:5,9 40:25

typed 41:1

---

**U**

uh-huh 6:6 9:11

undercover 6:24 9:2,3 22:4
   23:11,15,20 25:16 28:16

understand 6:3 12:25 14:11
   28:8,9,11

understood 9:8

uniform 6:22 25:16 26:6,9

unit 22:15 23:19 24:14 36:8,17

United 5:17

unwanted 37:3

user 20:15

---

**V**

verbally 6:8 11:4

verbatim 22:13

versus 5:16

vest 22:11

Vice 22:16,17,19 33:10 36:9
   39:6,7

video 11:16

view 25:23,25

visible 17:25

voice 21:16

---

**W**

Wait 13:21

waiting 26:5

walk 31:5

walked 15:23

wanted 30:16

warrant 8:21 9:14,15,17 10:2,
   4,7 26:13 38:2,8 40:25 41:1

ways 9:8

weapon 12:2 13:8,9 14:20,21,
   22,24 15:8 16:21,23 17:3,18

wearing 22:10

white 17:4

Williams 12:2,4 17:17 21:22
   22:7,8,12 34:11

work 34:13

working 22:15 29:24,25 34:13
   37:5,8

worried 13:8 25:6



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**worries** 15:6

**worry** 13:23 25:6

**write** 30:13 38:15,18 39:1

**written** 40:23

**wrong** 15:16

---

**Y**

---

**years** 13:22 17:23 19:17

