**Sergeant Allen Williams**
**02/27/2025**

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF MICHIGAN

3                 SOUTHERN DIVISION

4

5    DAQUAN P. JAMES,

6    an individual,

7                  Plaintiff,

8       vs.                              Case No. 2:23-cv-10321

9                                        Hon. Denise Page Hood

10   CITY OF DETROIT,

11   a municipal corporation, and

12   BRITTANY MOSS, City of Detroit

13   Police Officer, Individually and in

14   her Official Capacities, and

15

16   MARKALA MOORE, City of Detroit

17   Police Officer, Individually and in

18   her Official Capacities, and

19

20   DEANDRE WILLIAMS, City of Detroit

21   Police Officer, Individually and in

22   her Official Capacities, and

23

24

25



Sergeant Allen Williams
02/27/2025                                                                Page 2

1  DAMARIO ELLIOTT-GLENN, City of Detroit
2  Police Officer, Individually and in
3  her Official Capacities, and
4
5  ALLEN WILLIAMS, City of Detroit
6  Police Officer, Individually and in
7  her Official Capacities, and
8                    Defendants.
9  _____/
10 PAGES 1 TO 11
11
12      The Deposition of SERGEANT ALLEN WILLIAMS,
13      Taken at 2 Woodward Avenue,
14      Detroit, Michigan,
15      Commencing at 11:00 a.m.,
16      Thursday, February 27, 2025,
17      Before Tamora L. Thompson, CSR-5378.
18
19
20
21
22
23
24
25



Sergeant Allen Williams
02/27/2025                                                    Page 3

1  APPEARANCES:

2

3  IVAN L. LAND, ESQUIRE

4  Ivan L. Land Law Offices, PC

5  25900 Greenfield Road, Suite 210

6  Oak Park, Michigan 48237

7  (248) 968-4545

8      Appearing on behalf of the Plaintiff.

9

10 CALVERT A. BAILEY, ESQUIRE

11 City of Detroit

12 2 Woodward Avenue

13 Detroit, Michigan 48226

14 (313) 224-4550

15     Appearing on behalf of the Defendants.

16

17 ALSO PRESENT:

18 Daquan James

19 Markala Moore

20

21

22                              *  *  *  *  *

23

24

25



```
 1                I N D E X

 2     WITNESS:                                          PAGE:

 3     SERGEANT ALLEN WILLIAMS

 4     Examination by Mr. Land                             5

 5

 6

 7

 8

 9

10     EXHIBITS:                                         MARKED:

11     None marked

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



 1     Detroit, Michigan

 2     Thursday, February 27, 2025

 3     About 11:00 a.m.

 4                    SERGEANT ALLEN WILLIAMS,

 5     having first been duly sworn, was examined and testified

 6     on his oath as follows:

 7                         EXAMINATION

 8  BY MR. LAND:

 9  Q.  Good afternoon, Mr. Allen.  My name is Ivan Land.  I

10      represent Mr. DaQuan James in a case filed in the United

11      States District Court, Eastern District of Michigan,

12      Southern Division.  Case number 2:23-cv-10321 before the

13      Honorable Denise Page Hood.

14              You are Sergeant?

15  A.  Yes.

16  Q.  Sergeant Williams, can you please state your full name

17      and spell it?

18  A.  Allen A-L-L-E-N, last name Williams W-I-L-L-I-A-M-S.

19  Q.  Have you ever had your deposition taken before?

20  A.  On this case?

21  Q.  Ever.

22  A.  Yes.

23  Q.  Okay.  So you know it's a question-and-answer session.

24      I ask questions, you answer.  If you don't understand

25      something I'm asking you, please tell me to repeat it



 1       because we don't want you to guess.
 2  A.  Understood.
 3  Q.  Are you familiar with Mr. DaQuan James?
 4  A.  Yes.
 5  Q.  Okay.  How are you familiar with Mr. James?
 6  A.  Mr. DaQuan James was running an illegal marijuana shop
 7      on Schoolcraft, I don't know the side street, in the 6th
 8      Precinct under the business license of a sexual oriented
 9      business license.
10  Q.  So that's how you know him?
11  A.  Yes.
12  Q.  So what was your duties that you found that information
13      out?
14  A.  Well, the City of Detroit Vice Enforcement, which we
15      were assigned to, we were tasked with going to each
16      business establishment and seeing if the business
17      licenses were up to date, if people actually had a
18      business license.  And we would go to the establishments
19      and do business licenses inspections.
20  Q.  You were doing business license inspections?
21  A.  Yes.
22  Q.  What did these inspections consist of?
23  A.  It would consist of going inside, make sure that the
24      business, their license is valid, not expired.  And that
25      the license is being -- the business at hand is being



```
 1      operated under the licensee that the City has it listed
 2      as.
 3  Q.  Okay.  Was Mr. DaQuan James' business listed?
 4  A.  The sexual oriented business?
 5  Q.  Uh-huh.
 6  A.  No.
 7  Q.  It was not listed.  Okay.  So what authority did you
 8      have to have -- first of all, did you have any officers
 9      enter his business?
10  A.  Well, businesses are open to the public, so I don't
11      understand what you mean.
12  Q.  Okay.  Did you direct any officers to enter his
13      business?
14  A.  To do a business license inspection, yes.
15  Q.  You did?
16  A.  Yes.
17  Q.  Did you have a warrant for that?
18  A.  No.
19  Q.  You did not.  So was Mr. Williams' business registered
20      with the --
21  A.  I'm Mr. Williams.
22  Q.  Excuse me.  Was Mr. James' business registered with the
23      City of Detroit?
24  A.  No.
25  Q.  It was not?
```



 1  A.  No.

 2  Q.  So his business was not listed with the City of Detroit?

 3  A.  **The marijuana business, no.**

 4  Q.  What about the sex business?

 5  A.  **The sexual oriented business license, I don't understand**

 6      **what you mean.**

 7  Q.  Was the sex oriented business listed with the City of

 8      Detroit?

 9  A.  **It was -- the location was listed for sexual oriented**

10      **business license.**

11  Q.  So did he have a license with the City of Detroit?

12  A.  **No, he didn't have a license with the City of Detroit.**

13      **He didn't have a sexual oriented business license.  He**

14      **was operating under an old license.**

15  Q.  Old license?

16  A.  **Yes.  Which was nine years, which was illegal.**

17  Q.  What was the old license name?

18  A.  **I don't remember.**

19  Q.  Did you put that in any report?

20  A.  **No.**

21  Q.  You did not?

22  A.  **No.**

23  Q.  Okay.  What did you do as relates to this business?

24      What did you -- tell me what you did.

25  A.  **I went to the location after he was arrested.**



1  Q.  You went to the location after he was arrested?

2  A.  **Uh-huh.**

3  Q.  Did you call Mr. James?

4  A.  **Yes, I did.**

5  Q.  Explain that, please.

6  A.  **Well, I don't know which date -- if we can look.  I'm**
7      **pretty sure that we tried to visit the establishment on**
8      **a Friday, which was the Friday before this incident.**
9      **Mr. James denied access to the building.**

10 Q.  Okay.

11 A.  **So the following week, maybe the following week,**
12     **re-visited.  And I called him and said Mr. James, we**
13     **need to do a business license inspection.  He said --**
14     **the person on the phone said that they weren't the one**
15     **to allow us to do a business license inspection.**

16 Q.  What did you do as a result of that?

17 A.  **We did a business license inspection.**

18 Q.  How did you do that?

19 A.  **We sent officers inside.**

20 Q.  Were they in their official capacity of the Detroit
21     police officer?

22 A.  **Yes.**

23 Q.  They told him they were Detroit police officers?

24 A.  **No.  Well, yes, identified their self.**

25 Q.  They did.  Who was the officers?



1  A.  I think -- I'm not sure.  I know Moore was one of them
2      -- not Moore.  Moss, Brittany Moss was one of them.  And
3      I think Sergeant Moore was the other one.
4  Q.  They did that at your direction?
5  A.  Yes.
6  Q.  Okay.  I have no further questions for you, sir.
7  A.  Okay.
8              MR. BAILEY:  No questions.
9          (The deposition was concluded at 11:15 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1                CERTIFICATE OF NOTARY

2

3    STATE OF MICHIGAN         )

4                              ) SS

5    COUNTY OF OAKLAND         )

6       I, Tamora L. Thompson, Certified Shorthand

7    Reporter, a Notary Public in and for the above county

8    and state, do hereby certify that the above deposition

9    was taken before me at the time and place hereinbefore

10   set forth; that the witness was by me first duly sworn

11   to testify to the truth, and nothing but the truth, that

12   the foregoing questions asked and answers made by the

13   witness were duly recorded by me stenographically and

14   reduced to computer transcription; that this is a true,

15   full and correct transcript of my stenographic notes so

16   taken; and that I am not related to, nor of counsel to

17   either party nor interested in the event of this cause.

18

19

20      _____

21      Tamora L. Thompson CSR 5378

22      Notary Public,

23      Oakland County, Michigan

24      My Commission expires:  12-24-2026

25



```
                              Sergeant Allen  Williams
                                   02/27/2025                                      1
```

| 1 | | |
|---|---|---|
| **11:00** 5:3 | capacity 9:20 | **F** |
| **11:15** 10:9 | case 5:10,12,20 | familiar 6:3,5 |
| | City 6:14 7:1,23 8:2,7,11,12 | February 5:2 |
| **2** | concluded 10:9 | filed 5:10 |
| **2025** 5:2 | consist 6:22,23 | found 6:12 |
| **27** 5:2 | Court 5:11 | Friday 9:8 |
| **2:23-cv-10321** 5:12 | | full 5:16 |
| | **D** | |
| **6** | Daquan 5:10 6:3,6 7:3 | **G** |
| **6th** 6:7 | date 6:17 9:6 | Good 5:9 |
| | denied 9:9 | guess 6:1 |
| **A** | Denise 5:13 | |
| **A-L-L-E-N** 5:18 | deposition 5:19 10:9 | **H** |
| **a.m.** 5:3 10:9 | Detroit 5:1 6:14 7:23 8:2,8,11, 12 9:20,23 | hand 6:25 |
| access 9:9 | direct 7:12 | Honorable 5:13 |
| afternoon 5:9 | direction 10:4 | Hood 5:13 |
| **Allen** 5:4,9,18 | District 5:11 | |
| arrested 8:25 9:1 | Division 5:12 | **I** |
| assigned 6:15 | duly 5:5 | identified 9:24 |
| authority 7:7 | duties 6:12 | illegal 6:6 8:16 |
| | | incident 9:8 |
| **B** | **E** | information 6:12 |
| **BAILEY** 10:8 | Eastern 5:11 | inside 6:23 9:19 |
| **Brittany** 10:2 | Enforcement 6:14 | inspection 7:14 9:13,15,17 |
| building 9:9 | enter 7:9,12 | inspections 6:19,20,22 |
| business 6:8,9,16,18,19,20, 24,25 7:3,4,9,13,14,19,22 8:2, 3,4,5,7,10,13,23 9:13,15,17 | establishment 6:16 9:7 | Ivan 5:9 |
| | establishments 6:18 | |
| | **EXAMINATION** 5:7 | **J** |
| businesses 7:10 | examined 5:5 | James 5:10 6:3,5,6 9:3,9,12 |
| | Excuse 7:22 | James' 7:3,22 |
| **C** | expired 6:24 | |
| call 9:3 | Explain 9:5 | **L** |
| called 9:12 | | Land 5:8,9 |



```
Sergeant Allen  Williams
       02/27/2025                                    2
```

| | | |
|---|---|---|
| **license**  6:8,9,18,20,24,25 7:14 8:5,10,11,12,13,14,15,17 9:13,15,17 | **public**  7:10 | **T** |
| **licensee**  7:1 | **put**  8:19 | |
| **licenses**  6:17,19 | **Q** | **tasked**  6:15 |
| **listed**  7:1,3,7 8:2,7,9 | **question-and-answer**  5:23 | **testified**  5:5 |
| **location**  8:9,25 9:1 | **questions**  5:24 10:6,8 | **Thursday**  5:2 |
| | | **told**  9:23 |
| **M** | **R** | **U** |
| **make**  6:23 | **re-visited**  9:12 | **Uh-huh**  7:5 9:2 |
| **marijuana**  6:6 8:3 | **registered**  7:19,22 | **understand**  5:24 7:11 8:5 |
| **Michigan**  5:1,11 | **relates**  8:23 | **Understood**  6:2 |
| **Moore**  10:1,2,3 | **remember**  8:18 | **United**  5:10 |
| **Moss**  10:2 | **repeat**  5:25 | **V** |
| **N** | **report**  8:19 | **valid**  6:24 |
| **number**  5:12 | **represent**  5:10 | **Vice**  6:14 |
| | **result**  9:16 | **visit**  9:7 |
| **O** | **running**  6:6 | **W** |
| **oath**  5:6 | **S** | **W-I-L-L-I-A-M-S**  5:18 |
| **officer**  9:21 | **Schoolcraft**  6:7 | **warrant**  7:17 |
| **officers**  7:8,12 9:19,23,25 | **Sergeant**  5:4,14,16 10:3 | **week**  9:11 |
| **official**  9:20 | **session**  5:23 | **Williams**  5:4,16,18 7:21 |
| **open**  7:10 | **sex**  8:4,7 | **Williams'**  7:19 |
| **operated**  7:1 | **sexual**  6:8 7:4 8:5,9,13 | **Y** |
| **operating**  8:14 | **shop**  6:6 | **years**  8:16 |
| **oriented**  6:8 7:4 8:5,7,9,13 | **side**  6:7 | |
| **P** | **sir**  10:6 | |
| **people**  6:17 | **Southern**  5:12 | |
| **person**  9:14 | **spell**  5:17 | |
| **phone**  9:14 | **state**  5:16 | |
| **police**  9:21,23 | **States**  5:11 | |
| **Precinct**  6:8 | **street**  6:7 | |
| **pretty**  9:7 | **sworn**  5:5 | |

