UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAQUAN P. JAMES,
    an individual,
        Plaintiff,

Case No. 2:23-cv-10321
Hon. Denise Page Hood

V

CITY OF DETROIT
a municipal corporation,

**AFFIDAVIT OF DAQUAN JAMES**

BRITTANY MOSS,
City of Detroit Police Officer,
Individually, and in her Official Capacities,
and

MARKALA MOORE,
City of Detroit Police Officer,
Individually, and in her Official Capacities,
and

DEANDRE WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official Capacities, and

DAMARIO ELLIOTT-GLENN,
City of Detroit Police Officer,
Individually, and in his Official Capacities.

ALLEN WILLIAMS,
City of Detroit Police Sargeant,
Individually, and in his Official Capacities.

    Defendants.

**AFFIDAVIT OF DAQUAN JAMES**

DAQUAN JAMES, being sworn, states:

1. I am the owner of Farm Boys Novelty Shop Located at 18523 Schoolcraft Detroit, MI 48223 (hereinafter "the Shop"), and I am making this affidavit in support of Plaintiff's Response to Defendants' Motion for Summary Judgment. I am competent to testify; that the facts herein are based upon affiant's personal knowledge and that if called to testify, affiant would testify in accordance with the facts herein set forth.

2. On February 2, 2022, an individual came to the Shop wanting to conduct an inspection.

3. That an individual named Mr. Gilchrist stated that he was from the City of Detroit Building, Safety, Engineering, and Environment Department (BSEED).

4. That I told the individual that I would not let him inspect the Shop.

5. That the individual refused to leave the Shop once I told him that he could not inspect the Shop.

6. That I was forced to call the Detroit Police to have this individual removed from the shop.

7. That the Detroit police had the individual removed from the Shop.

8. That on March 21, 2022, two females entered the shop to make a purchase.

9. That while the two females were in the Shop, I received a telephone call from Sgt. Allen Williams in a very aggressive tone stating that an inspection was getting ready to be done at the Shop.

10. That I told Sgt. Allen Williams that I was not allowing any inspection at the Shop.

11. That while on the telephone with Sgt. Allen Williams, I observed Officers approaching the Shop, but I was not worried about them entering the Shop because the doors were locked.

12. That the two female customers unlocked the door for the Officers that were approaching, and then the two females identified themselves as Detroit Police Officers – Officer Brittany Moss and Officer Markala Moore.

13. That I pleaded with the Officers to leave the Shop as I was not allowing an inspection.

14. That I did not resist any officer, and I was not hostile in any way when the Officers entered the Shop.

15. That Officer Deandre Williams and Officer Damario Elliot-Glenn beat and assaulted me in the bathroom out of view of the Shop's cameras.

16. That during the beating by the Officers, I thought I was going to lose my life.

17. That I had my registered weapon on me during the beating.

18. That I never clamped down on my weapon.

19. That after the beating, I informed the Officers that I had a weapon on me.

20. That Officers handcuffed me, and then removed the weapon from my waist.

21. That Officers removed all of the Shop's video cameras prior to getting a search warrant.

22. That Officers brought drugs that were found in an unknown location into the Shop and charged me for those drugs.

23. That those drugs that were found did not belong to me.

24. That all charges were dropped against me when Officers failed to appear.

*Daquan James*
Daquan James

STATE OF MICHIGAN )
                      ) SS.
COUNTY OF Wayne )

The foregoing instrument was acknowledged before me on September 15, 2025 by Daquan James known to me to be the person(s) described in and who executed the instrument.

My commission expires: march 18, 2027

*Gabrielle Bryant*
Notary Public

_____
Wayne County, Michigan

Gabrielle Bryant
NOTARY PUBLIC
COUNTY OF OAKLAND
My Commission Expires
March 18, 2027
Acting in the County of Wayne
STATE OF MICHIGAN