Watch Live

# Detroit police officer charged in beating of bouncer caught on video

By Camille Amiri and David Komer | Published October 26, 2023 10:57pm EDT | Crime and Public Safety | FOX 2 Detroit |

**Detroit police officer charged with assaulting bouncer downtown**

Almost a year and a half later - the police officer in question, Deandre Williams, was arraigned. Williams was charged with assault and battery.

**FOX 2 (WJBK)** - The surveillance video is dramatic - showing what appears to be a [Detroit police officer allegedly beating a bouncer.](#)

Michael Kennebrew is the man being physically assaulted in the video. It happened at a Detroit bar during a routine liquor license inspection on April 28th of 2022.

"Michael Kennebrew's case makes me really upset," said attorney Todd Perkins.

Fast forward to Thursday - almost a year and a half later - the police officer in question, Deandre Williams, was arraigned. Williams was charged with assault and battery.

Perkins is the victim's attorney— he says he doesn't have a problem with the delay in charges.

"The fact that you know the process is working, this is a very serious case. You're also dealing with a prosecutor's office, some of the prosecutors are working many, many overtime hours," Perkins said.

Perkins said he does have a problem with what the video shows - after a female officer approached Kennebrew - his client on the ground.

He says he did nothing to provoke the attack

"He didn't just slap or knock her down or anything like that," Perkins said. "You could see he moved her hand out of the way, like don't touch me."

Michael Kennebrew is suing the Detroit Police Department for $20 million. **He spoke with FOX 2 about the ordeal in May of 2022.**

"I mean you kind of feel like your hands are tied, and it's a little demoralizing - just as a person in general, to go through something like that," he said.

Kennebrew was not armed nor did he ever try to fight back - but he was still arrested and spent nearly three days in jail. No charges were ever brought against him.

Ever since the incident, Officer Williams has been on administrative duty working, but not allowed to carry a gun.

Thursday night Detroit police released a statement saying:

"The DPD expects and requires the highest level of professionalism from its members. Officer Williams's actions on April 28, 2022 violated DPD's use of force policy as well as the DPD's values."

Perkins says he does not believe the behavior of this one officer is reflective of the department as a whole.

"I know from the top down, they are a department their image is known as what I believe - I was telling an officer last night - I think they're one of the best police forces in the country," Perkins said.

**Crime and Public Safety**    **Detroit**    **Detroit Police Department**

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations