UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAQUAN P. JAMES,
    an individual,
        Plaintiff,

Case No. 2:23-cv-10321
Hon. Denise Page Hood

V.

CITY OF DETROIT
a municipal corporation,

BRITTANY MOSS,
City of Detroit Police Officer,
Individually, and in her Official
Capacities, and

MARKALA MOORE,
City of Detroit Police Officer,
Individually, and in her Official
Capacities, and

DEANDRE WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

DAMARIO ELLIOTT-GLENN,
City of Detroit Police Officer,
Individually, and in his Official
Capacities.

ALLEN WILLIAMS,
City of Detroit Police Sargeant,
Individually, and in his Official
Capacities.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD**

     Defendants.

---

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD**

Plaintiff, Daquan James, pursuant to the Electronic Filing Policies and Procedures, moves for leave to file Exhibits via the electronic portal "Media File Upload" in CM/ECF, and states as follows:

1. WHEREAS, in accordance with L.R. 7.1, on August 26, 2025, Plaintiff sought concurrence to file Plaintiff's Exhibit using the Media File Upload. Plaintiff did not receive concurrence.

2. Exhibit 2 for Plaintiff's Response to Defendants' Motion for Summary Judgment consists of a two-part video recording documenting events at Plaintiff's business, the Farm Boy Novelty Store, located at 18523 Schoolcraft, Detroit, Michigan.

3. The first part of the video was recorded by Plaintiff on or around February 2, 2022 and depicts a City of Detroit Buildings, Safety Engineering, and Environmental Department (BSEED) employee refusing to leave the premises after being informed that he could not inspect Plaintiff's private property without lawful authority. The recording shows the employee remaining on the property despite Plaintiff's repeated instructions to vacate,

and later, Detroit Police Officers arriving and escorting the BSEED employee from the premises after confirming that he was trespassing.

4. The second part of the video is a portion of Defendant Detroit Police Department body-worn camera footage taken On March 22, 2022 during the officers' return visit to the Farm Boy Novelty Store when the assault occurred that is the subject of this civil suit. This footage shows a clearly visible "No Trespassing" sign affixed to the exterior of Plaintiff's business, providing explicit notice that entry was prohibited without the owner's consent or lawful authority.

5. This exhibit is relevant because, together, they provide contemporaneous evidence of Defendant City of Detroit and Defendant Officers' unlawful code-enforcement practices, which served as the precursor to the incident forming the basis of Plaintiff's constitutional claims. The videos corroborate that Plaintiff exercised his right to refuse a warrantless inspection and that Defendant City of Detroit personnel attempted to enter Plaintiff's property without a warrant, consent, or exigent circumstances, in violation of Fourth Amendment protections. The presence of the "No Trespassing" signage further demonstrates that all City personnel were on clear notice that unauthorized entry would constitute a trespass, reinforcing Plaintiff's claim

        that the Defendant City of Detroit and Defendant Officers' actions were unlawful and unconstitutional.

6. These exhibits will be relied upon by Plaintiff in support of summary judgment and will be introduced as evidence at trial to corroborate Plaintiff's account of events and establish the Defendant City of Detroit and Defendant Officers' pattern of unlawful enforcement activity.

7. Exhibit 3 to Plaintiff's Response to Defendants' Motion for Summary Judgment is the Deposition of Defendant Moore. During that deposition, a media exhibit—marked as Exhibit 2 to the Deposition—was introduced and played (see ECF No. 31-4, PageID.214, Line 12; PageID.228, Line 24). This media exhibit originates from Detroit Police Department body-worn camera footage documenting events inside the Farm Boy Novelty Store, located at 18523 Schoolcraft, Detroit, Michigan 48223.

8. This footage captures the moments during which Mr. Tony Townes, a civilian bystander, attempts to intervene as Detroit Police Officers assault Plaintiff, Daquan James, inside the establishment. The video includes audible exchanges between Mr. Townes and the responding officers as he questions their use of force and urges them to stop. Mr. Townes repeatedly asks why the officers are assaulting Plaintiff and pleads with them to de-escalate the situation. During the encounter, profanity is exchanged

between Mr. Townes and one of the officers, reflecting the heightened tension and hostility present during the incident.

9. This exhibit is relevant because it provides contemporaneous audio and video evidence of a civilian's attempt to intervene in defense of Plaintiff and the officers' aggressive and disproportionate response. The statements made by both Mr. Townes and the officers corroborate Plaintiff's account that he was subjected to unnecessary and excessive force while civilians on the scene witnessed and objected to the conduct. The recording further demonstrates the demeanor, tone, and actions of the officers, which are directly probative of Plaintiff's excessive-force and unlawful-seizure claims. This video further demonstrates that Defendant Officers present failed to intervene to stop the assault. Finally, it will demonstrate that officers are in violation of Department policy by using profanity during the incident.

10. This exhibit will be relied upon by Plaintiff in support of summary judgment and will be introduced as evidence at trial to corroborate eyewitness testimony and establish the officers' conduct, tone, and escalation during the incident.

11. The content of the media files complies with privacy protections outlined in the E-Government Act of 2002 and all other applicable law.

WHEREFORE, Plaintiff respectfully requests an Order granting Plaintiff leave to file this Exhibit via the "Media File Upload" in CM/ECF.

Dated: October 27, 2025 /s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion with the Court Clerk via CM/ECF on October 27, 2025, to serve all parties.

Dated: October 27, 2024                    Respectfully Submitted,

                                           /s/Ivan L. Land
                                           Ivan L. Land (P65879)