UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAQUAN P. JAMES,
    an individual,
        Plaintiff,

V.

CITY OF DETROIT
a municipal corporation,

BRITTANY MOSS,
City of Detroit Police Officer,
Individually, and in her Official Capacities, and

MARKALA MOORE,
City of Detroit Police Officer,
Individually, and in her Official Capacities, and

DEANDRE WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official Capacities, and

DAMARIO ELLIOTT-GLENN,
City of Detroit Police Officer,
Individually, and in his Official Capacities.

ALLEN WILLIAMS,
City of Detroit Police Sargeant,
Individually, and in his Official Capacities.

        Defendants.

Case No. 2:23-cv-10321
Hon. Denise Page Hood

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD**

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD

This matter is before the Court on Plaintiff's Motion for Leave to File Exhibits Using the Media File Upload (ECF No. 32). Having reviewed the motion and being

otherwise fully advised in the premises, the Court finds good cause to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Exhibits Using the Media File Upload is **GRANTED.** The Court further ORDERS as follows:

1. Plaintiff shall indicate a timestamp citation for each instance where the media exhibit is referenced in any filing, consistent with E.D. Mich. R6.

2. All audible portions of each video or audio exhibit shall be transcribed and filed as a separate written exhibit through CM/ECF.

3. Due to storage limitations, Plaintiff shall limit each media file to the minimum size necessary to support his position. Plaintiff shall not upload duplicative media. If a portion of an exhibit has already been uploaded, Plaintiff shall include a timestamp citation and reference to the prior submission.

4. The Court will not accept any media file containing proprietary security features or codecs requiring external software or plug-ins for playback. Any files not viewable by the Court must be reformatted and resubmitted.

5. Plaintiff shall serve copies of all media exhibits on defense counsel in

accordance with applicable Federal and Local Rules.

IT IS SO ORDERED.

Dated: November 5, 2025

s/Denise Page Hood<br>United States District Judge