**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAQUAN P. JAMES,
     an individual,
         Plaintiff,

V.

CITY OF DETROIT
a municipal corporation,

BRITTANY MOSS,
City of Detroit Police Officer,
Individually, and in her Official Capacities, and

MARKALA MOORE,
City of Detroit Police Officer,
Individually, and in her Official Capacities, and

DEANDRE WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official Capacities, and

DAMARIO ELLIOTT-GLENN,
City of Detroit Police Officer,
Individually, and in his Official Capacities.

ALLEN WILLIAMS,
City of Detroit Police Sargeant,
Individually, and in his Official Capacities.

     Defendants.

Case No. 2:23-cv-10321
Hon. Denise Page Hood

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE EXHIBITS**
**USING THE MEDIA FILE UPLOAD**

---

## TRANSCRIPTS FOR PLAINTIFF'S MEDIA EXHIBITS

On November 5, 2025, the Court granted Plaintiff's Motion for Leave to File

using the Media File Upload (ECF #33). In accordance with the Order Granting

Plaintiff's Motion for Leave to File (ECF #32), below are the transcripts for the

Media Exhibits.


Dated: November 10, 2025                    /s/Ivan L. Land_____
                                            Ivan L. Land (P65879)
                                            Law Offices of Ivan L. Land, P.C.
                                            25900 Greenfield Rd., Suite 210
                                            Oak Park, MI  48237-1267
                                            248.968.4545 / (f) 248.968.4540
                                            ill4law@aol.com
                                            **Attorney for Plaintiff**