## PART 1-EXHIBIT 2 OF RESPONSE MOTION

**Speaker 1:** I just let the police- listen to what I'm trying to say. I just let the police… This man walked in here and we've been standing here with this man the whole entire time.

**Speaker 2:** All that stuff you're doing, man, it's…

**Officer:** **[00:10 inaudible]** precinct. You can take my number if you'd like. You can speak with the lieutenant, the captain, the commander. I do also have a supervisor coming.

**Speaker 2:** Look, you gotta gotta leave, man.

**Officer:** But right now, you gotta leave, or you will be arrested for trespassing.

**Woman:** You gotta go.

**Speaker 3:** I'm calling my attorneys.

**Speaker 1:** Man, you gotta get out of here, man. What is this?

**Woman:** Because he called them, and they ain't on his side.

**Officer:** I have not seen anything. You have not given me your name, initials, paperwork, nothing. Okay?

**Speaker 1:** **[00:53 inaudible]** stuff you keep giving out, man. That's a **[00:57 inaudible]**.

**Officer:** We appreciate that. At this moment, you still have to leave.

**Speaker 3:** You do not have the legal authority to do that.

**Speaker 2:** The owner is here. Yes, we do.

**Officer:** The owner is stating that you have to leave.

**Speaker 2:** You gotta go.

**Officer:** We've been very respectful. I'm advising you now, I'm letting you know that if you do not leave, you will be arrested for trespassing.

**Speaker 1:** Bro, that's- if he was… Listen to me, bro. If he was Black, you would have kicked his out of here, bro.

**Officer:** Just relax. Just give me a second.

**Speaker 3:** The police say they're gonna arrest me for trespassing.

**Speaker 1:** He ain't even talking to nobody on the phone, bro. Ain't nobody on that phone, bro. Ain't nobody on that phone. He's been doing this all day. Ain't nobody on there. Put it on speaker, bro. If somebody's on that phone, I'll let you walk to the back and back to the front. Ain't nobody on that phone. This is crazy. This needs to happen. Don't come back, okay?

[crosstalk]

**Officer:** That way, if he comes back again, we can…

**Speaker 1:** I don't care about that. This needs to happen, man. This needs to happen. Everything he's doing is **[02:27 inaudible]**. He even parked way down here. He parked there.

**Woman:** He had to park down there.

**Speaker 1:** Look. He parked back there, man. Do you see where his truck is at? Look. His truck is here. Here.

[crosstalk]

**Officer:** Even if he was Black, I wouldn't treat him no different than how I treated him today. The problem is, this just came from my supervisor, he got him out of here. Other than that, I've got nothing. He gave me no paperwork, no name, no nothing. Alright? I still have a supervisor coming. If you guys wanna stay back and talk to my supervisor…

**Speaker 1:** Imma ask him not to come on my…

**Speaker 2:** He fell.

**Speaker 1:** Got his dumb ass on film.

**Speaker 2:** God don't like ugly, man.

**Officer:** If you guys wanna stay back until my supervisor comes…

**Speaker 1:** Yeah, we can. Come on, we can step inside. We ain't gotta be out here. Come on.

**Officer:** I know y'all have to go.

**Speaker 1:** No, we ain't gotta go nowhere.

**Officer:** And your date of birth?

**Woman:** 1/22/85.

**Officer:** Thank you.

**Woman:** I own the building.

**Officer:** Okay.

**Speaker 1:** Look, man, the thing is this: if we were hiding anything, I wouldn't have let the guy in.

**Officer:** You have no reason- you have no reason to explain. This is your business. He's gonna **[03:51 inaudible]**. But first I wanted to get him outside, because he didn't give me nothing. If I get in trouble for it, I get in trouble for it.

**Woman:** What could you get in trouble for?

**Speaker 1:** But you're not.

**Officer:** But I'm just letting you know.

**Woman:** What could you get in trouble for? You just did your job.

**Speaker 1:** We're gonna wait until the sarge comes.

**Woman:** We ain't gotta stand out here.

**Speaker 1:** By the way, fellas, just to let you all know, I've got a CCW. I've got a gun license, bro.

## PART 2-NO TRESPASSING VIDEO

*Narration: This when they first came.*

FEMALE OFFICER: Oh shit

OFFICER: What up?

OFFICER: Hello!