## TONY TOWNES DURING INCIDENT

**Woman:** You need to get here

**Mr. Towns:** What is you doing?

**OFFICER 1:** SIT DOWN…SIT DOWN SIT DOWN

**Mr. Towns:** WHAT? Is he putting his hands on him dawg?

**OFFICER 1:** My mans chill out no

**Towns:** Dawg what is he doing bro why is he doing that?

**OFFICER 1:** Chill out man

**Mr. Towns:** That shit bold as hell bro. Pull my pants up for me man

**[00:32 inaudible]**

**Mr. Towns:** Y'all fucked up y'all don't got no reason in here bro

**OFFICER 2:** SHUT THE FUCK UP

**Mr. Towns:** YOU SHUT THE FUCK UP

**OFFICER 2:** YOU A BITCH ASS NIGGA

**Mr. Towns:** YOU A BITCH ASS NIGGA

**Mr. Towns:** We ain't did shit up in here. Yall know this shit beating everything easy. Yall ain't got no business up in here.